ORIGINAL

1  CHAD A. READLER
   Acting Assistant Attorney General
2  SANDRA R. BROWN
   Acting United States Attorney
3  DOROTHY A. SCHOUTEN, AUSA
   Chief, Civil Division
4  DAVID K. BARRETT, AUSA
   Chief, Civil Fraud Section
5  LINDA A. KONTOS, AUSA
   Deputy Chief, Civil Fraud Section
6  LISA A. PALOMBO, AUSA (SBN 169119)
        Room 7516, Federal Building
7       300 N. Los Angeles Street
        Los Angeles, California 90012
8       Tel: (213) 894-4042; Fax: (213) 894-7819
        Email: Lisa.Palombo@usdoj.gov
9  MICHAEL D. GRANSTON
   SARA MCLEAN
10 ERIC SCHMELZER
   Attorneys, Civil Division
11 United States Department of Justice
        601 D Street NW, Room 9220
12      Washington, DC 20004
        Tel: 202-307-0256; Fax: (202) 307-3852
13      Email: Eric.Schmelzer@usdoj.gov
   Attorneys for United States of America

LODGED CLERK, U.S. DISTRICT COURT MAY 30 2017 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

FILED CLERK, U.S. DISTRICT COURT MAY 31 2017 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA ex rel. [UNDER SEAL], | No. CV 11-00974 PSG (JCx) |
|---|---|
| Plaintiff[s], | [PROPOSED] ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN ACTION |
| v. | |
| [UNDER SEAL], | [LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)] |
| Defendant[s]. | [FILED CONCURRENTLY HEREWITH; NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN ACTION] |

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAY 31 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

CHAD A. READLER
Acting Assistant Attorney General
SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Chief, Civil Division
DAVID K. BARRETT. AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section
LISA A. PALOMBO, AUSA (SBN 169119)
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4042; Fax: (213) 894-7819
    Email: Lisa.Palombo@usdoj.gov
MICHAEL D. GRANSTON
SARA MCLEAN
ERIC SCHMELZER
Attorneys, Civil Division
United States Department of Justice
    601 D Street NW, Room 9220
    Washington, DC 20004
    Tel: 202-307-0256; Fax: (202) 307-3852
    Email: Eric.Schmelzer@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. CV 11-00974 PSG (JCx)<br><br>[PROPOSED] ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN ACTION<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY HEREWITH; NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN ACTION] |

CHAD A. READLER
Acting Assistant Attorney General
SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section
LISA A. PALOMBO (SBN 169119)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4042; Fax: (213) 894-7819
    Email: Lisa.Palombo@usdoj.gov
MICHAEL D. GRANSTON
SARA MCLEAN
ERIC SCHMELZER
Attorneys, Civil Division
United States Department of Justice
    601 D Street NW, Room 9220
    Washington, DC 20004
    Tel: 202-307-0256; Fax: (202) 307-3852
    Email: Eric.Schmelzer@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, CALIFORNIA and COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES,<br><br>    Defendants. | No. CV 11-00974 PSG (JCx)<br><br>[PROPOSED] ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN ACTION<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY HEREWITH; NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN ACTION] |

The United States having filed a Notice of Election of the United States to Intervene in the above-captioned action ("this action") pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4)(A),

IT IS ORDERED that:

1. The Relators' Complaint, the United States' Notice of Election to Intervene, and this Order shall be unsealed.

2. All other documents filed or lodged in this action shall remain under seal.

3. All documents filed or lodged in this action after the date of this Order shall not be sealed.

4. The United States shall file and serve its complaint in intervention upon defendants together with this Order by July 31, 2017.

IT IS SO ORDERED.

Dated: 5/31/17

UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On <u>May 30, 2017</u>, I served the **[PROPOSED] ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN ACTION** on each person or entity named below by e-mail, pursuant to the stipulation between the Relator and the United States of America, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: <u>May 30, 2017</u>. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

**Attorneys for Relator Mei Ling**

Scott P. Moore
BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Email: spmoore@bairdholm.com

**Attorneys for Relator Fair Housing Council of San Fernando Valley**

Odion L. Okojie
LAW OFFICES OF ODION OKOJIE
880 W. 1st St., Suite 313
Los Angeles, CA 90012
Email: okojielaw@aol.com

David Iyalomhe
DAVID IYALOMHE & ASSOCIATES
880 W. 1st St., Suite 313
Los Angeles, CA 90012
Email: david@doialaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>May 30, 2017</u>, at Los Angeles, California.

*/s/ Carol M. Ybarra*
CAROL M. YBARRA