Mitchell A. Kamin (Bar No. 202788)
mkamin@cov.com
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

*Counsel for Relman, Dane & Colfax PLLC, former attorneys for Relator Mei Ling*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Mei Ling and Fair Housing Council of San Fernando Valley,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, CALIFORNIA and Community Redevelopment Agency of the City of Los Angeles,<br><br>    Defendants. | Case No.: CV 11-00974 (PSG) (JCx)<br><br>**RELMAN, DANE & COLFAX PLLC'S NOTICE OF MOTION AND MOTION FOR LEAVE TO APPEAR**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: September 11, 2017<br>Time: 1:30 p.m.<br>Location: Courtroom 6A |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 11, 2017, at 1:30 p.m., or at such date and time as the Court may otherwise direct, in the Courtroom of the Honorable Philip S. Gutierrez, United States District Court for the Central District of California, Los Angeles Division, First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565, movant Relman, Dane & Colfax PLLC (the "Firm") will, and hereby does, move the Court for leave to appear in the above-captioned action ("Motion").

The Firm seeks leave to appear for the limited purpose of protecting its interest in any monetary recovery obtained by the Firm's former client, Relator Mei Ling, in this action. As described further in the Memorandum of Points and Authorities accompanying this Motion, without the ability to appear in this proceeding—and, correspondingly, to be alerted promptly of case developments that could jeopardize its claimed interest—there is a significant risk that the Firm will be unable to collect the fees to which it is entitled.

The Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the record in this case, and such further argument and evidence as the parties may present at or before the hearing on the Motion.

This Motion is made following conferral with counsel as required by L.R. 7-3, which took place over the course of phone calls and emails that occurred on June 23, June 26, June 27, June 30 and July 5. The United States of America has stated that it consents to the relief sought herein; relators Fair Housing Council and Mei Ling have indicated that they do not consent to this Motion.

//
//
//
//

Dated: July 14, 2017        COVINGTON & BURLING LLP


By:   /s/   *Mitchell A. Kamin*
        Mitchell A. Kamin

*Counsel for Relman, Dane & Colfax PLLC, former attorneys for Relator Mei Ling*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2017, I electronically filed **RELMAN, DANE & COLFAX PLLC's NOTICE OF MOTION AND MOTION FOR LEAVE TO APPEAR** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Executed on July 14, 2017, at Los Angeles, California.

Respectfully submitted,

/s/   *Mitchell A. Kamin*
Mitchell A. Kamin (Bar No. 202788)
mkamin@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-4643
Telephone:  (424) 332-4800
Facsimile:  (424) 332-4749