**EXHIBIT A2**

From: Michael Allen
Sent: Thursday, June 23, 2016   5:20 PM
To: okojielaw; Don Bagwell; 'David Iyalomhe'; Sharon Kinlaw; Sharon Kinlaw; Michelle White; Loretta Kelly-Denkins; Juanita Bankhead
Cc: John Relman; Jennifer Klar
Subject: RE: Settlement Status - 504 Case

Odion:

Attached please find our communications with the City since the execution of the Settlement Agreement on May 12.

The City approached us after we submitted a signed copy of the final settlement agreement to them, asking for an assurance that the FHC would not oppose a settlement agreement in the False Claims Act case that provided a "credit" based on the terms of the 504 settlement. As you will see from the emails, we took a very strong position against providing any such assurance. We argued that the cases were severed for settlement, that the request was not part of the Term Sheet, and was not part of the final 504 Settlement Agreement. This, of course, was the FHC's immediate reaction in our phone discussion as well. We also attempted to get the City to back off such a demand by explaining that the demand was based on a fundamental misunderstanding of the Relator's role in an FCA case. As we have told the FHC, the DOJ will reach a suggested final settlement and then inquire whether the FHC believes the agreement is fair and reasonable. The DOJ has not asked - and will not ask - the FHC's position on how to negotiate with the City.

Despite our attempts to get the City to simply give up any demand for an assurance from the FHC, when Jim Clark and Miguel Santana presented the 504 Settlement Agreement to the City Council in closed session on June 8, some members of the Council evidently demanded some such assurance. We passed this information on to the FHC that same evening, and had a phone call with you, David and Sharon on June 9. We told you then, and confirm now in response to the question in your email, that the City is not offering additional "consideration" for this assurance beyond the commitment to secure the City Council's approval to sign and immediately submit the 504 Settlement Agreement to Judge Olguin.

To be clear, it is the City Council that is putting the FHC in this position, not your lawyers. As the emails convey, we rejected the City's request that FHC support the City's request for "credit" from DOJ in the FCA case and resisted the request for a statement of non-opposition. When it became clear that the City would not submit the 504 Settlement Agreement to the Court without some assurance from the FHC, we brought that decision to you to make. As you will see again from the emails, we attempted to get the City to decouple the two matters and initiate the Court approval process by sending a proposed stipulation for entry of the Settlement Agreement. The City responded by saying it would not move forward in that fashion. As your lawyers, we have advocated for your position and attempted to get the City to back off this issue. Now, our job is to give your our best advice on how to move forward, which is what we have done and will continue to do.

We have understood your role (and that of David Iyalomhe) is to facilitate communication between litigation counsel and the FHC. Since the FHC asked us to include you on communications, we have done so consistently. That is best evidenced by the fact that we are working directly with you now to secure a meeting with Miguel Santana (which, we understand, has to be moved to 4:00 p.m. Pacific time on Tuesday, June 28, due to a pressing matter in the City Council that morning) so that you can hear the City's request and rationale, and ask whatever questions you may have.

In addition to communications from you and David, we have received repeated direct communications and requests from Sharon (including requests for CRA pleadings which we had sent to you previously), and now an email from Don. In response to every single communication from anyone at the FHC, we have responded copying you and David. You appear to copy Sharon on most or all of your emails, and we of course include her in our responses. Sharon also participated on our call of June 9, which we understood was only going to be with you and David. We understand that the FHC Board will have to

make a number of important decisions in the coming days, including who will attend the meeting with Miguel Santana next week.  We look forward to advising FHC on these matters.

We believe the Tuesday meeting - which will be held at 4 p.m. at the office of the City Administrative Officer, 200 N. Main Street, Room 1500 - will help clarify matters, whether it is to move forward with the settlement or to resume the litigation.  The City asks that we forward names of attendees as soon as possible to pass on to building security; please let us know who will attend for FHC.

Regards,

Michael Allen
Jennifer Klar

Michael Allen
Relman, Dane & Colfax, PLLC
1225 19th Street, N.W. #600
Washington, D.C.   20036-2456
Phone: 202/728-1888
FAX: 202/728-0848
E-mail:  mallen@relmanlaw.com
Website:  www.relmanlaw.com
Admitted to Practice in the District of Columbia and Virginia

NOTE:  I CHECK AND RESPOND TO EXTERNAL E-MAIL TWICE A DAY - AT 10:00 A.M. AND AGAIN AT 3:00 P.M.  IF YOU NEED TO REACH ME AT OTHER TIMES, PLEASE CALL OUR RECEPTIONIST, AT 202/728-1888.

NOTICE:  The contents of this email and any attachments to it contain confidential or legally privileged information from the law firm of Relman, Dane & Colfax PLLC. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the comments of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.