UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-0974 PSG (JCx) | Date | August 25, 2017 |
|---|---|---|---|
| Title | United States ex rel. Mei Ling et al. v. City of Los Angeles et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order GRANTING Movant Relman, Dane & Colfax PLLC's Motion for Leave to Appear

Before the Court is Movant Relman, Dane & Colfax PLLC's motion for leave to appear. *See United States ex rel. Mei Ling et al. v. City of Los Angeles et al.*, CV 11-0974 PSG (JCx), Dkt. # 97.  The motion is unopposed, and Co-Relator Mei Ling has asserted that she "does not object the Relman Firm's motion" and has consented to leave.  *See* Dkt. # 103.

Movant seeks leave to appear "for the limited purpose of protecting its right to recover the portion of any monetary recovery obtained in this action by [its] former client, Relator Mei Ling." *See* Dkt. # 97-1, 2:2-4. Although Movant has expressed an intention to "file a notice of attorney's lien" at some future point, it is "not seeking any substantive relief from the Court at present." *Id.* 2:7-13.

Because this motion is unopposed and Co-Relator Ling has consented to leave, the Court GRANTS Movant Relman, Dane & Colfax PLLC's motion for leave to appear.[1]

**IT IS SO ORDERED.**

AB for WH

---

[1] In consenting to leave, Co-Relator Ling also vigorously "objects to the proposed Notice of Lien." Dkt. # 103, 2:11-12.  However, because Movant has not yet filed such a notice, this objection is premature.  In granting Movant's motion to leave, the Court does not address the merits of a proposed attorney's lien. It will exercise that judgment if and when Movant files it.