PAMELA L. JOHNSTON (*Specially Appearing*), CA Bar No. 132558
  pjohnston@foley.com
DANIEL STURM (*Specially Appearing*), CA Bar No. 314689
  dsturm@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

JASON FEDER (*Specially Appearing*), CA Bar No. 299259
  jfeder@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415-434-4484
FACSIMILE: 415-434-4507

Attorneys for Defendant CRA/LA
A Designated Local Authority

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, a municipal corporation, and CRA/LA, a Designated Local Authority, a public entity,<br><br>　　　　　　　Defendants. | Case No. 2:11-CV-00974-PSG (JCx)<br><br>**JOINT STIPULATION BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANTS CRA/LA AND CITY OF LOS ANGELES TO EXTEND THE TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE UNITED STATES' COMPLAINT-IN-INTERVENTION AND PROPOSED BRIEFING SCHEDULE; DECLARATION OF PAMELA L. JOHNSTON ATTACHED HERETO**<br><br>**[PROPOSED] ORDER SEPARATELY LODGED** |

JOINT STIPULATION TO EXTEND TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT-IN-INTERVENTION
Case No. 2:11-cv-00974-PSG (JCx)

4842-0686-3952.4

# STIPULATION

Plaintiff United States of America (the "United States") and Defendants CRA/LA, a designated local authority ("CRA/LA") (formerly the Community Redevelopment Agency for the City of Los Angeles) and the City of Los Angeles (collectively "the parties"), through the undersigned counsel, stipulate and request the following. A declaration from Pamela L. Johnston is attached in support of this stipulation. A proposed order is being lodged separately.

1. The United States informed the Court earlier this year that it intended to intervene in this Action. On or about July 31, 2017, the United States filed its complaint-in-intervention.

2. Before and after July 31, 2017, CRA/LA and the United States have been engaged in settlement discussions, including several in-person meetings.

3. If allowed more time, the CRA/LA and United States are hopeful that they will be able to enter into a settlement agreement and moot the need for CRA/LA to answer, move or otherwise respond to the Complaint-in-Intervention, which in turn will likely avoid the need for the Court to consider any initial motion by CRA/LA.

4. CRA/LA requests 45 additional days to continue settlement discussions to allow enough time to finish this initial settlement phase, plus allow CRA/LA enough time to answer, move or otherwise respond to the Complaint-in-Intervention if settlement discussions do not resolve the case at this time.

5. The requested extension promotes judicial efficiency and convenience for the Court because it increases the likelihood that the Court will not have to review any motion by CRA/LA if the case settles at this early stage in the case.

6. For the administrative convenience of the Court and the parties, the City of Los Angeles likewise requests 45 additional days to keep the parties on the same briefing schedule.

7. Counsel for CRA/LA and the City of Los Angeles have met and conferred with counsel for the United States per Local Rule 7-3 as to the parties' interest in an extension of CRA/LA's response deadline.

8. Accordingly, the parties request a forty-five (45) day extension of the defendants' deadline to move, answer, or otherwise respond to the Complaint-in-Intervention from the current deadline of September 29, 2017 to and including November 13, 2017.

9. The parties propose the following briefing schedule with a hearing of the defendants' motions to dismiss on February 5, 2018:

| | |
|---|---|
| Defendants' Motions to Dismiss | Due November 13, 2017 |
| Plaintiff's Opposition | Due January 12, 2018 |
| Defendants' Reply | Due January 22, 2018 |

DATED:  September 28, 2017          **FOLEY & LARDNER LLP**

      /s/ *Pamela L. Johnston*
Pamela L. Johnston
Daniel Sturm
Jason B. Feder

Attorneys *specially appearing* for Defendant CRA/LA, a designated local authority

CHAD A. READLER
Acting Assistant Attorney General
SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

MICHAEL D. GRANSTON
SARA MCLEAN
WILLIAM C. EDGAR
ERIC SCHMELZER
Attorneys, Civil Division
United States Department of Justice


 _/s/ Lisa A. Palombo_
LISA A. PALOMBO
Assistant United States Attorney

Attorneys for United States of America



   _/s/ James P. Clark_
James P. Clark (SBN 64780)
*Chief Deputy City Attorney*
Office of Los Angeles City Attorney
City Hall East, 200 N. Main Street, Ste 916
Los Angeles, CA 90012-4130
(213) 978-7730
(213) 978-7714 (fax)

Mary Carter Andreus (SBN 138486)
ANDRES/PODBERESKY
818 West 7th Street, Suite 960
Los Angeles, CA 90017
(213) 395-0400
(213) 395-0401 (fax)
mandrues@aplaw.com

John C. Hansberry (*pro hac vice*)
Richard M. Weibley (*pro hac vice*)
Adam B. Fischer (*pro hac vice*)
PEPPER HAMILTON, LLP
500 Grant Street, Suite 5000
Pittsburgh, PA 15219-2507

JOINT STIPULATION TO EXTEND TIME TO MOVE, ANSWER OR OTHERWISE
RESPOND TO COMPLAINT-IN-INTERVENTION
-3-     Case No. 2:11-cv-00974-PSG (JCx)

4842-0686-3952.4

(412) 454-5000
(412) 281-0717 (fax)
hansberryj@pepperlaw.com
weibleyr@pepperlaw.com
fischeab@pepperlaw.com

Jeffrey M. Goldman (SBN 233840)
PEPPER HAMILTON, LLP
350 South Grand Ave, Suite 3400
Los Angeles, CA 90071-3427
(213) 928-9800
goldmanj@pepperlaw.com

Jessica Spradling Russell (SBN 298558)
PEPPER HAMILTON, LLP
Two Logan Square
Philadelphia, PA 19103-2799
(215) 981-4781
russellj@pepperlaw.com

*Attorneys for Defendant
City of Los Angeles*

## DECLARATION OF PAMELA L. JOHNSTON

I, Pamela L. Johnston, do declare and say:

I am an attorney in good standing in California and before this Court. I am specially appearing here for my client, CRL/LA, a designated local authority, for purposes of seeking the extension here. CRA/LA retained me several months ago to address the then "potential" case to be brought by the United States of America. I am "specially appearing" now because of CRA/LA's possible argument that it may raise at the initial motion stage of the absence of jurisdiction over this agency arising, primarily, from the 11th Amendment of U.S. Constitution; the United States of America has told me, as an initial matter, that it does not agree with CRA/LA's concern on this point. If called as a witness, I would and could testify truthfully to the following:

1. CRA/LA and the United States have been engaged in settlement discussions, including several in-person meetings; I have personally attended a few of these

meetings, but some in-person meetings preceded my being retained in the matter.

2. If allowed more time, the CRA/LA and United States are hopeful that they will be able to enter into a settlement agreement and moot the need for CRA/LA to answer, move or otherwise respond to the Complaint-in-Intervention, which in turn will likely avoid the need for the Court to consider any initial motion by CRA/LA.

3. CRA/LA requests 45 additional days to continue settlement discussions to allow enough time to finish this initial settlement phase, plus allow CRA/LA enough time to answer, move or otherwise respond to the Complaint-in-Intervention if settlement discussions do not resolve the case at this time.

4. The requested extension, in my view, promotes judicial efficiency and convenience for the Court because it increases the likelihood that the Court will not have to review any motion by CRA/LA if the case settles at this early stage in the case.

5. By emails, over the telephone, and during an in-person meeting, I have met and conferred with counsel for the United States per Local Rule 7-3 as to the parties' interest in an extension of CRA/LA's response deadline.

6. Accordingly, the parties request a forty-five (45) day extension of the deadline to move, answer, or otherwise response to the Complaint-in-Intervention from the current deadline of September 29, 2017 to and including November 13, 2017.

I make this declaration under penalty of perjury under the laws of the United States of America. Executed this 26th day of September 2017 in Pasadena, California.

                                       */s/ Pamela L. Johnston*
                                        Pamela L. Johnson