CHAD A. READLER
Acting Assistant Attorney General
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LISA A. PALOMBO, AUSA (SBN 169119)
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4042; Fax: (213) 894-7819
    Email: Lisa.Palombo@usdoj.gov
MICHAEL D. GRANSTON
SARA MCLEAN
WILLIAM C. EDGAR
ERIC SCHMELZER
Attorneys, Civil Division
United States Department of Justice
    601 D Street NW, Room 9220
    Washington, D.C. 20004
    Tel: 202-307-0256; Fax: (202) 307-3852
    Email: Eric.Schmelzer@usdoj.gov
Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation and CRA/LA, a Designated Local Authority, a public entity,<br><br>    Defendants. | NO. CV 11-00974 PSG (JCx)<br><br>**DECLARATION OF LISA A. PALOMBO IN SUPPORT OF UNITED STATES' REQUEST FOR JUDICIAL NOTICE IN THE EVENT THE COURT GRANTS THE CRA/LA'S REQUEST FOR JUDICIAL NOTICE; EXHIBITS 1-20**<br><br>[FILED CONCURRENTLY HEREWITH: UNITED STATES' REQUEST FOR JUDICIAL NOTICE IN THE EVENT THE COURT GRANTS THE CRA/LA'S REQUEST FOR JUDICIAL NOTICE]<br><br>DATE: February 5, 2018<br>TIME: 1:30 p.m.<br>COURTROOM: 6A<br>JUDGE: Hon. Philip S. Gutierrez |

# DECLARATION OF LISA A. PALOMBO

I, Lisa A. Palombo, declare:

1.  I am the Assistant United States Attorney who has been assigned responsibility for handling this action. This declaration is offered in support of the United States' Request for Judicial Notice In The Event The Court Grants The CRA/LA's Request For Judicial Notice.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Casa Verde Loan and Grant Agreement between CRA/LA and Developer as produced by the CRA/LA to the United States.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the Casa Verde Agreement Containing Covenants Affecting Real Property between CRA/LA and Developer as produced by the Fair Housing Council of San Fernando Valley (hereafter FHCSFV) to the United States pursuant to a subpoena requesting discovery the FHCSFV received from the City of Los Angeles (City) and CRA/LA.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the Casa Verde (and other properties) Restatement of Cooperation Agreement No. 4 between CRA/LA and LAHD as produced by the CRA/LA to the United States.

5.  Attached hereto as Exhibit 4 is a true and correct copy of the Casa Rampart Amendment to Acquisition and Predevelopment Loan Agreement as produced by the CRA/LA to the United States.

6.  Attached hereto as Exhibit 5 is a true and correct copy of the Ford Hotel Acquisition Loan Agreement between CRA/LA and Developer as produced by the CRA/LA to the United States.

7.  Attached hereto as Exhibit 6 is a true and correct copy of the Ford Apartments Amended and Restated Loan Agreement between CRA/LA and Developer as produced by the City to the United States.

8.  Attached hereto as Exhibit 7 is a true and correct copy of the Hope Manor Construction and Permanent Loan Agreement between CRA/LA and Developer as

produced by the CRA/LA to the United States.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Casa Verde and Hope Manor Restatement of Cooperation Agreement No. 6 between CRA/LA and LAHD as produced by the CRA/LA to the United States.

10. Attached hereto as Exhibit 9 is a true and correct copy of Imani Fe Agency Construction and Permanent Loan Agreement between CRA/LA and Developer as produced by the CRA/LA to the United States.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Imani Fe Agreement Containing Covenants Affecting Real Property as produced by the CRA/LA to the United States.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Villas at Gower Disposition and Development Agreement as produced by the CRA/LA to the United States.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Eastside/Boyle Heights First Amendment to Contract Number 86283 of City Contract between City of LA and CRA/LA as produced by the City to the United States.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Lillian Mobley Construction and Permanent Loan Agreement between CRA/LA and Developer as produced by the CRA/LA to the United States.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Vermont Seniors Amended and Restated Construction and Permanent Loan Agreement between CRA/LA and Developer as produced by the City to the United States.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Vista Monterey Construction and Permanent Loan Agreement between CRA/LA and Developer as produced by the CRA/LA to the United States.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Boyle Heights and Vista Monterey Cooperation Agreement between the CRA/LA and the LAHD as produced by the CRA/LA to the United States.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Boyle Heights and Vista Monterey Cooperation Agreement between the CRA/LA and the LAHD as produced by the CRA/LA to the United States.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Yale Terrace Construction and Permanent Loan Agreement between CRA/LA and Developer as produced by the City to the United States.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Yale Terrace Second Amendment to the Cooperation Agreement between CRA/LA and LAHD as produced by the FHCSFV to the United States pursuant to a subpoena requesting discovery the FHCSFV received from the City and CRA/LA.

21. Attached hereto as Exhibit 20 is a true and correct copy of the 1997 Loan Agreement for Eastside Projects: Boyle Heights 1, Boyle Heights 2 and Lincoln Heights Projects as was produced to the United States by the FHCSFV pursuant to a subpoena requesting discovery the FHCSFV received from the City and CRA/LA. The CRA/LA attached an incomplete copy of this document to its Request for Judicial Notice as CRA/LA Exhibit 7. The version that the CRA/LA provided to the Court is missing Exhibit III entitled GENERAL TERMS AND CONDITIONS FOR CITY FUNDED HCDBG/CCSBGP/ESGP/ECHGP, which sets forth the CRA/LA's duties to comply with Federal Accessibility Laws.

22. The foregoing is based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2018, at Los Angeles, California.

*/s/ Lisa A. Palombo*
LISA A. PALOMBO

INDEX OF EXHIBITS

| | |
|---|---|
| 1 | Casa Verde Loan and Grant Agreement between CRA/LA and Developer |
| 2 | Casa Verde Agreement Containing Covenants Affecting Real Property between CRA/LA and Developer |
| 3 | Casa Verde (and other properties) Restatement of Cooperation Agreement No. 4 between CRA/LA and LAHD |
| 4 | Casa Rampart Amendment to Acquisition and Predevelopment Loan Agreement |
| 5 | Ford Hotel Acquisition Loan Agreement between CRA/LA and Developer |
| 6 | Ford Apartments Amended and Restated Loan Agreement between CRA/LA and Developer |
| 7 | Hope Manor Construction and Permanent Loan Agreement between CRA/LA and Developer |
| 8 | Casa Verde and Hope Manor Restatement of CDooperation Agreement No. 6 between CRA/LA and LAHD |
| 9 | Imani Fe Agency Construction and Permanent Loan Agreement between CRA/La and Developer |
| 10 | Imani Fe Agreement Containing Covenants Affecting Real Property |
| 11 | Villas at Gower Disposition and Development Agreement |
| 12 | Eastside/Boyle Heights First Amendment to Contract Number 86283 of City Contract between City of LA and CRA/LA |
| 13 | Lillian Mobley Construction and Permanent Loan Agreement between CRA/LA and Developer |
| 14 | Vermont Seniors Amended and Restated Construction and Permanent Loan Agreement between CRA/LA and Developer |
| 15 | Vermont Seniors Predevelopment Loan Agreement between CRA/LA and Developer |

| | | |
|---|---|---|
| 1 2 | 16 | Vista Monterey Construction and Permanent Loan Agreement between CRA/LA and Developer |
| 3 4 | 17 | Boyle Heights and Vista Monterey Cooperation Agreement between the CRA/La and the LAHD |
| 5 6 | 18 | Yale Terrace Construction and Permanent Loan Agreement between CRA/LA and Developer |
| 7 8 | 19 | Yale Terrace Second Amendment to the Cooperation Agreement between CRA/LA and LAHD |
| 9 10 11 12 | 20 | 1997 Loan Agreement for Eastside Projects: Boyle Heights 1, Boyle Heights 2 and Lincoln Heights Projects, including Exhibit III GENERAL TERMS AND CONDITIONS FOR CITY FUNDED HCDBG/CCSBGP/ESGP/ECHGP |