**Attachment D**

The following are examples of violations of federal accessibility laws found at some of the properties designed, constructed, or altered under the City of Los Angeles' (City) and the CRA/LA's (CRA/LA) housing programs.  This list is illustrative, and not intended to provide a complete catalogue of the City's or the CRA/LA's violations.  The United States found the same or similar additional violations at all of a statistically relevant sample of properties, and thus are projected to occur at all or a substantial majority of the properties the City or the CRA/LA funded with federal dollars.

The properties referenced in the lists below are:

1.   36th & Broadway, IDIS 10352 ("36th & Broadway");

2.   Afton Place, IDIS 9068 ("Afton Place");

3.   Asbury Apartments, IDIS 7484 ("Asbury");

4.   Buckingham Place Senior Housing IDIS 8323 ("Buckingham Place");

5.   Encore Hall (aka Triangle Square Senior Apartments), IDIS 9807 ("Encore Hall");

6.   Figueroa Apartments, IDIS 12845 ("Figueroa");

7.   Imani Fe Apartments (East and West), IDIS 10918, 6621, and 10026 ("Imani Fe");

8.   Lyndon Hotel, IDIS 9776 ("Lyndon Hotel");

9.   Miramar Village, IDIS 9028 ("Miramar");

10.   Rio Vista Apartments, IDIS 13246 ("Rio Vista");

11.   Rittenhouse Square, IDIS 10315 ("Rittenhouse");

12.   Saticoy Apartments, IDIS 8445 ("Saticoy");

13.   Second Avenue, IDIS 10043 ("Second Ave.");

14.   The Serrano, IDIS 12914 ("Serrano");

15.   St. Anne's Transitional Housing, IDIS 8991 ("St. Anne's");

16.   Vermont Senior Housing, IDIS 9043, 7559, 10537 ("Vermont Senior")

17.   Vista Monterey Apartments, IDIS 8093 ("Vista Monterey");

1

18.     The Whittier Apartments, IDIS 12921 ("Whittier");

19.     Winnetka Senior Apts., IDIS 13863 ("Winnetka"); and

20.     Yale Terrace Apartments, IDIS 6128 ("Yale Terrace").

**I.     Violations identified in specific dwelling units of inaccessible properties that are part of the City's housing program include:**

    **A.     Inaccessible doors without sufficient maneuvering space**

        1.     Doors with a pull-side forward approach without maneuvering space 60 inches deep extending 18 inches to the side of the latch.  (*See, e.g.*, Afton Place 103, 106; St. Anne's 201, 214).  UFAS §§ 4.1.2(7), 4.1.6, 4.13.6, 4.34.1, 4.34.2(6);

        2.     Doors with a pull-side latch side approach without a closer and without maneuvering space 48 inches deep, extending 24 inches to the latch side of the door.  (*See, e.g.*, Afton Place 107; Rittenhouse 318, 518; Yale Terrace 202, 303).  UFAS §§ 4.1.2(7), 4.1.6, 4.13.6, 4.34.1, 4.34.2(6);

        3.     Doors with a push-side forward approach without maneuvering space 48 inches deep.  (*See, e.g.*, Serrano 603; Whitter 203).  UFAS §§ 4.1.2(7), 4.1.6, 4.13.6, 4.34.2(6); and

        4.     Doors with a push side approach with a latch and closer that do not extend 12 inches to the latch side of the door.  (*See, e.g.,* Saticoy 100; Winnetka 204).  UFAS §§ 4.1.2(7), 4.1.6, 4.13.6, 4.34.2(6); Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.13.6); 2010 ADA Standards §§ 206.5, 404.2.4.

    **B.     Inaccessible doors that are not wide enough**

        1.     Bathroom doors clear openings less than 32 inches wide.  (*See, e.g.,* Miramar 202, 211, 402, 411, 420, 438; Rio Vista 304; Rittenhouse 503, 303, 518; ). UFAS §§ 4.1.2, 4.1.6, 4.13.5, 4.34.2(3); Fair Housing Accessibility Guidelines Req. 3, Guideline 2; and

        2.     Bedroom door clear openings less than 32 inches wide.  (*See, e.g.*,

2

103

1       Miramar 211, 411, 420, 438, 202; Rio Vista 304; Rittenhouse 303, 318,

2       503, 518).  UFAS §§ 4.1.2, 4.1.6, 4.13.5, 4.34.2(3).

3   **C.**   **Inaccessible Doors because thresholds are too tall or not beveled**

4       1.   Entrance thresholds taller than one-half inch tall on either side, or

5       taller than one-quarter inch and not beveled.  (*See, e.g*., 36 St. & Broadway,

6       161; Saticoy 100; Yale Terrace 410).  UFAS §§ 4.1.2(7) and (8), 4.1.6,

7       4.13.8, 4.34.2(6); Fair Housing Accessibility Guidelines Req. 4,

8       Guideline 4;

9       2.   Balcony door thresholds taller than three-quarters of an inch on either

10      side, or taller than one-quarter inch and not beveled.  (*See, e.g*., Miramar

11      Village 420, 438, 202, 402, 206, 319, 333, 337; Rio Vista 409, 413, 414,

12      401; Rittenhouse 503, 303, 518,  212; Serrano 204, 309, 603, 208, 403,

13      301,  509,  306,  404; Whitter 203, 204, 208, 209; Yale Terrace 202, 303,

14      407).  UFAS §§ 4.1.2(7) and (8), 4.1.6, 4.13.8, 4.34.2(6); Fair Housing

15      Accessibility Guidelines Req. 4, Guideline 4; 2010 ADA Standards §§

16      206.5, 404.2.5; and

17      3.   Bathroom shower thresholds taller than one-half inch or taller than

18      one-quarter inch and not beveled.  (*See, e.g*., Afton Place 103, 106, 107).

19      UFAS §§ 4.1.2, 4.1.6, 4.13.8, 4.34.2(3).

20   **D.**   **Controls that cannot be operated without tight grasping, tight pinching,**

21   **or twisting of the wrist**

22      1.   Unit door hardware not operable without tight grasping, tight

23      pinching, or twisting of the wrist.  (*See, e.g*., Asbury; Figueroa 103).  UFAS

24      §§ 4.1.2(7) and (8), 4.1.6, 4.13.9, 4.34.2(6); 2010 ADA Standards §§ 206.5,

25      233, 309.4, 404.2.7;

26      2.   Kitchen cabinet hardware not operable without tight grasping, tight

27      pinching, or twisting of the wrist.  (*See, e.g*., Afton Place 103, 106, 107;

28      Yale Terrace 202, 303).  UFAS §§ 4.1.2, 4.1.6, 4.25, 4.27.4, 4.34.2(13),

ATTACHMENT D

4.34.6.10; and

3.    Bathroom sink, bathtub or shower controls not operable without tight grasping, tight pinching, or twisting of the wrist.  (*See, e.g.*, Afton Place 103, 106, 107; St. Anne's 201, 214).  UFAS §§ 4.27.4, 4.34.2(12), 4.34.5.4.

**E.    Slopes that are too steep**

1.    Maneuvering space at unit doors with more than a two percent slope.  (*See, e.g.,* Miramar 402, 206, 319, 333, 337).  UFAS §§ 4.3.7, 4.13.6, 4.34.2(6); Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.3.7, 4.13.6);

2.    Maneuvering space at balcony doors with more than a two percent slope.  (*See, e.g.*, Miramar 402; Serrano 204, 309, 603).  UFAS §§ 4.3.7, 4.13.6, 4.34.2(6); 2010 ADA Standards §§ 206.5, 404.2.4.4; and

3.    Roll-in shower floors with more than a two percent cross-slope.  (*See, e.g.*, Afton Place 103, 106, 107).  UFAS §§ 4.3.7, 4.34.2(3), 4.34.2(12), 4.34.5.5.

**F.    Inaccessible kitchens**

1.    Accessible features not added when kitchen was altered or reconfigured.  (*See, e.g.*, 36 St. & Broadway 161; Rittenhouse 318; Yale Terrace 202, 303).  UFAS §§ 4.1.6, 4.34.2(13), 4.34.6;

2.    Kitchens without at least one wall cabinet or shelf above the work surface that are no more than 48 inches from the floor.  (*See, e.g.*, Afton Place 103, 106, 107; Figueroa 103; Lyndon Hotel 111; Miramar 202, 211, 402, 411, 420, 438; Rittenhouse 303, 318, 503, 518; Saticoy 100, 101; St. Anne's 201, 214; Yale Terrace 202, 303).  UFAS §§ 4.34.3(13), 4.36.6.10;

3.    Kitchens without a 30-inch wide accessible work surface no higher than 24 inches with knee and toe space underneath.  (*See, e.g.*, Afton Place 102, 103, 106, 107, 320, 413; Lyndon Hotel 111; Miramar Village 202, 211, 402, 411, 420, 438; Rio Vista 204; Rittenhouse 303, 318, 503, 518; Saticoy

4

100, 101; Serrano 204, 309, 603; St. Anne's 201, 214; Yale Terrace 202, 303).  UFAS §§ 4.34.3(13), 4.36.6.4; Fair Housing Accessibility Guidelines Req. 7 (ANSI A117.1-1986 § 4.32.5.4);

4.      Hood light and fan switches more than 48 inches above the floor not repeated within reach on separate switches.  (*See, e.g*., Afton Place 103, 106, 107; Lyndon Hotel 111; Miramar 202, 211, 402, 411, 420, 438; Rio Vista 204; Rittenhouse 303, 318, 503, 518; Saticoy 100, 101; Serrano 204, 309, 603; St. Anne's 201, 214; Whitter 203, 204, 208; Winnetka 133, 204, 226, 234, 313, 330; Yale Terrace 202, 303).  UFAS §§ 4.2.6, 4.34.2(9); 2010 ADA Standards §§ 205, 233, 308, 309.3;

5.      Sharp and abrasive surfaces on the pipes or garbage disposal under the sink not insulated to protect against injury.  (*See, e.g*., Afton Place 103, 106, 107; Figueroa 103; Lyndon Hotel 111; Miramar 202, 211, 402, 411, 420, 438, 206, 319, 333, 337; Rio Vista 204; Rittenhouse 303, 318, 503, 518; St. Anne's 201, 214, 318, Whitter 208, 203; Winnetka 133, 204, 226, 234, 313, 330; Yale Terrace 202, 303).  UFAS §§ 4.19.4, 4.22.6, 4.34.2(12), 3.34.6.5(8); Fair Housing Accessibility Guidelines Req. 7 (ANSI A117.1-1986 § 4.19.4, 4.32.5.4(8)); 2010 ADA Standards §§ 606.5;

6.      Garbage disposals interfere with forward clear knee and toe space under the sink.  (*See, e.g*., Afton Place 103, 106, 107; Miramar Village 202, 211, 402, 411, 420, 438; Rio Vista 204, 304; Whitter 208, 203; Yale Terrace 202, 303).  UFAS §§ 4.34.2(13), 4.34.5.3(1); 2010 ADA Standards §§ 212, 233, 305, 306, 606;

7.      Freezer midpoints more than 54 inches above the floor.  (*See, e.g*., Afton Place 103, 106, 107; Figueroa 103; Miramar Village 202, 211, 402, 411, 420, 438; Serrano 204, 309, 603 ; Whitter 203, 204, 208; Winnetka 133, 204, 226, 234, 313, 330; Yale Terrace 202, 303).  UFAS §§ 4.34.2(13), 4.34.6.8(2)(a); 2010 ADA Standards §§ 806.2.5, 804.6.6, 809.3;

5

ATTACHMENT D

8.      Ovens not adjacent to accessible work surfaces, and/or not self-cleaning.  (*See, e.g*., Afton Place 103, 106, 107; Asbury; Miramar Village 202, 211, 402, 411, 420, 438; Rittenhouse 303, 518; Saticoy 100, 101; Serrano 204, 309, 603 ; St. Anne's 201, 214; Yale Terrace 202, 303). UFAS §§ 4.34.2(13), 4.34.6.7; 2010 ADA Standards §§ 212, 233, 212, 804.3, 804.6.5.2;

9.      The top of kitchen sinks not within thirty-four inches of the floor and without a forward clear floor space under the sink with knee and toe space. (*See, e.g*., Afton Place 103, 106, 107; Lyndon Hotel 111; St. Anne's 201). UFAS §§ 4.34.2(13), 4.34.6.5;

10.     Kitchen sinks that are more than six and one-half inches deep.  (*See, e.g*., Afton Place 103, 106, 107; Lyndon Hotel 111; Miramar  202, 211, 402, 411, 420, 438; Rio Vista 204; Rittenhouse 303, 318, 503, 518).  UFAS §§ 4.34.2(13), 4.34.6.5;

11.     U-shaped kitchens without a sixty-inch diameter clear floor-turning space.  (*See, e.g*., Serrano 204, 309; Whitter 203).  UFAS §§ 4.34.2(13), 4.34.6.1; Fair Housing Accessibility Guidelines Req. 7 Guideline 1(c) (ANSI A117.1-1986 § 4.32.5);

12.     Garbage disposal switches not in an accessible location.  (*See, e.g*., St. Anne's 201, 214).  UFAS §§ 4.2.6, 4.27, 4.34.2(9.

**G.     Inaccessible bathrooms**

1.      Updated features of the bathroom, including doors, tubs, toilets, lavatories, vanities and other fixtures, do not have any accessibility features at all.  (*See, e.g*., 36 St. & Broadway 161; ).  UFAS §§ 4.1.6, 4.34.2(12), 4.34.5;

2.      Clear floor space for toilets that is not 60 inches wide and 56 inches deep, or that is not 48 inches wide and 66 inches deep.  (*See, e.g*., Asbury; Rittenhouse 303, 318, 503, 518, 214; Serrano 204, 309, 603 ; Whitter 204,

6

203; Winnetka 204).  UFAS §§ 4.34.2(12), 4.34.5.2; Fair Housing
Accessibility Guidelines Req. Req. 7(2)(a)(ii) (ANSI A117.1-1986 §
4.32.4.2); 2010 ADA Standards §§ 233, 604.3.2;

3.    Clear floor space at the toilet where a side approach is possible that is
not at least 56 inches wide and 48 inches deep.  (*See, e.g.*, Lyndon Hotel
111; Miramar 202, 211, 402, 411, 420, 438; Yale Terrace 202, 303).  UFAS
§§ 4.34.2(12), 4.34.5.2;

4.    Clearance in front of the tub that is not at least 30 inches wide
because it is blocked by a vanity, the toilet or another object.  (*See, e.g.,*
Rittenhouse 303, 318, 503, 518).  UFAS §§ 3.34.2(12), 4.34.5.4; Fair
Housing Accessibility Guidelines Req. 7(2)(b)(vi) (ANSI A117.1-1986 §
4.20.2);

5.    Sixty-inch parallel clear floor spaces in front of roll in showers are
partially blocked by a toilet or vanity.  (*See, e.g.*, Afton Place 103, 106, 107;
Miramar Village 211, 411, 202, 402).  UFAS §§ 4.34.2(12), 4.34.5.5(1);

6.    Bathrooms without a 60-inch clear floor-turning circle or a
complainant T-shaped turning space.  (*See, e.g.*, Afton Place 103, 106, 107).
UFAS §§ 4.34.2(2), 4.2.3;

7.    Doors that swing improperly into the clear floor space of a fixture in
the bathroom.  (*See, e.g.,* Miramar Village 211, 411, 420, 438, 202).  UFAS
§§ 4.34.2(2), 4.34.5.1;

8.    Lavatories without a forward approach with knee space 30 inches
wide, at least 27 inches high for least eight inches past the front ledge, and
toe space at least nine inches high extending at least 17 inches under the
lavatory.  (*See, e.g*., Asbury; Yale Terrace 202, 303).  UFAS §§ 4.34.2(12),
4.34.5.3; Fair Housing Accessibility Guidelines Reqs. 7 Guidelines 2(a)(ii)
and 2(b)(v) (ANSI A117.1-1986 § 4.19.2.1);

9.    Lavatories without a parallel clear floor space 30 inches wide and 48

7

inches deep centered on the lavatory.  (*See, e.g.*, Yale Terrace (FHO 407, (FHO 410). Fair Housing Accessibility Guidelines Req. 7 Guidelines 2(a)(ii) and 2(b)(v);

10.     Pipes under accessible lavatories not properly insulated to protect people from burns and sharp or abrasive edges.  (*See, e.g.*, Afton Place 106, 107; Lyndon Hotel 111, 404; Miramar 202, 211, 402, 411, 420, 438; Rittenhouse 303, 318, 503, 518; Whitter 203).  UFAS §§ 4.19.4, 4.22.6, 4.34.2(12), 4.34.5.3; Fair Housing Accessibility Guidelines Req. Req. 7 (ANSI A117.1-1986 § 4.19.4);

11.     Bathtubs without a securable seat.  (*See, e.g.*, Asbury; Figueroa 103; Lyndon Hotel 111; Rittenhouse 303, 318, 503, 518; Saticoy 100, 101; St. Anne's 201, 214; Yale Terrace 202, 303).  UFAS §§ 4.34.2(12), 4.34.5.4(2); 2010 ADA Standards §§ 233, 607.3, 809.4;

12.     Shower seats that do not extend the full length of the seat wall to within one and one-half inches of the back wall or to within three inches of the compartment entry.  *See, e.g.*, Afton Place 103, 106, 107; Rio Vista 304). UFAS §§ 4.34.2(12), 4.34.5.4(2);

13.     Bathtub controls not mounted between the midpoint and the open end of the tub, and bathtubs without a handheld shower unit.  (*See, e.g.*, Asbury; Lyndon Hotel (FHO) 404; Miramar 420, 438, 402, (FHO) 206; Rittenhouse 503, 303; Saticoy 100, 101; St. Anne's 201, 214; Yale Terrace 202, 303).  UFAS §§ 4.34.2(12), 4.34.5.4(4) and (5);

14.     Toilet flush controls not on the open side of the toilet.  (*See, e.g.*, Asbury; Miramar Village 420; Rittenhouse 303, 318, 503, 518; Saticoy 101).  UFAS §§ 4.16.5, 4.34.2(12), 4.34.5.2(1);

15.     Toilets with a centerline more or less than 18 inches from the side wall.  (*See*, *e.g.*, Asbury; Miramar Village 438, 202; ).  UFAS §§ 4.34.2(12), 4.34.5.2(1); Fair Housing Accessibility Guidelines Req. 7

8

Guidelines 2(a)(ii) and 2(b)(iv);

16.     Toilet paper dispensers not on the nearest side wall, or more than 36 inches from the back wall.  (*See, e.g.*, Miramar 202, 211, 402, 411, 420, 438; Saticoy 100, 101; St. Anne's 201, 214; Winnetka 133; Yale Terrace 202, 303).  UFAS §§ 4.34.2(12), 4.34.5.2(4); 2010 ADA Standards §§ 213.2, 604.7;

17.     Mirrors with the bottom edge of the reflective surface more than 40 inches from the floor.  (*See, e.g.*, Afton Place 103, 106, 107; Lyndon Hotel 111; Miramar 202, 211, 402, 411, 420, 438; St. Anne's 201).  UFAS §§ 4.19.6, 4.22.6, 4.34.2(12), 4.34.5.3(3);

18.     Medicine cabinets, where provided, with a lowest shelf more than 44 inches from the floor.  (*See, e.g.*, Afton Place 103, 106, 107; Saticoy 100, 101; Yale Terrace 202, 303).  UFAS §§ 4.19.3, 4.22.6, 4.34.2(12), 4.34.5.3(3);

19.     Medicine cabinets without a clear floor space of 30 inches by 48 inches.  (*See, e.g.*, Fair Housing Accessibility Guidelines Req. 4.22.6, 4.34.2(12), 4.34.5.3(3);

20.     Towel bars more than 54 inches above the floor.  (*See, e.g.*, Afton Place 103, 106, 107).  UFAS §§ 4.25.3, 4.34.2(8);

21.     Electrical receptacles above counters, where the counters are taller than 34 inches, and the depth of the counter exceeds 24 inches.  (*See, e.g.*, Lyndon Hotel 111).  UFAS §§ 4.34.2(9), 4.2.6; Fair Housing Accessibility Guidelines Req. 5; and

22.     Hand-held shower units without an on/off control.  (*See, e.g.*, Figueroa 103). 2010 ADA Standards §§ 233, 809.4, 607.6.

**H.     Inaccessible Electrical Outlets and Receptacles**

1.     Electrical outlets above kitchen or bathroom cabinets with centerlines that are more than 46 inches from the floor.  (*See, e.g.*, Afton Place 103,

106, 107; Serrano 208, 403, 301, 509, 306, 404).  UFAS §§ 4.2.6, 4.27.3, 4.34.2(9); Fair Housing Accessibility Guidelines Req. 5; and

2.    Electrical receptacles above counters where the counters are more than 34 inches high and/or the receptacles are more than 24 inches back from the front edge of the counter.  (*See, e.g*., Afton Place 103, 106, 107; Miramar 202, 211, 402, 411, 420, 438; St. Anne's 201; Yale Terrace 202, 303).  UFAS §§ 4.2.6, 4.27.3, 4.34.2(9); Fair Housing Accessibility Guidelines Req. 5.

**I.    Inaccessible balconies**

1.    Balcony sliding doors without a 32 inch clear opening because they are restricted by doorstops.  (*See, e.g*., Rio Vista; Yale Terrace, 407, 410).  UFAS §§ 4.13.5, 4.34.2(3); Fair Housing Accessibility Guidelines Req. 3 Guideline 2, Req. 4; and

2.    Balconies without 60 inches of clear turning room or compliant T-turns.  (*See, e.g*., Miramar 211, 420, 438, 202; Rittenhouse 303, 318, 503, 518; Whitter 203).  UFAS §§ 4.2.3, 4.34.2(2); 2010 ADA Standards §§ 233, 304.3, 809.2.2.

**J.    Other accessibility violations**

1.    Windows with locking mechanisms mounted too high.  (*See, e.g*., 36 St. & Broadway, 161; Miramar 202, 211, 402, 411, 420, 438; Rio Vista 204, 304; Rittenhouse  303, 318, 518; Saticoy 100, 101; Serrano 204, 30; St. Anne's 201, 214; Whitter 208; Winnetka 133, 204, 226, 234, 313, 330; Yale Terrace 202, 303).  UFAS §§ 4.2.6, 4.27.3, 4.34.2(9);

2.    Circuit breaker panel tops more than 48 inches high where a forward reach is required.  (*See, e.g.,* 36 St. & Broadway, 161; Figueroa 103; Rittenhouse 303, 318, 503, 518; Serrano 204, 309, 603 ; Winnetka 133; Yale Terrace 202, 303).  UFAS §§ 4.2.5, 4.27.3, 4.34.2(9); 2010 ADA Standards §§ 205, 309.3.1; and

10

111

II.     **Violations identified in general, common use or public areas of properties that are part of the City's housing program include:**

    A.     **Inaccessible routes**

        1.     Doors with pull-side forward approaches that do not have maneuvering space 60 inches deep or space extending 18 inches to the latch side of the doorway.  (*See, e.g*., 36 St. & Broadway; Afton Place; Lyndon Hotel; Miramar; Serrano; Winnetka; Yale Terrace).  UFAS §§ 4.1.2(7) and (8); 4.1.6, 4.3.9, 4.13.6, Figure 25(a); Fair Housing Accessibility Guidelines 2, 3 (ANSI A117.1-1986 § 4.13.6); 2010 ADA Standards for Accessible Design ("2010 ADA Standards") §§ 206.5, 404.2.4.1; 1991 ADA Standards §§ 4.1.3(7) and (8), 4.13.6;

        2.     Doors with push-side forward approaches with latches and closers that do not have maneuvering space 48 inches deep or space extending 12 inches to the latch side of the doorways.  (*See, e.g*., Miramar; Rittenhouse; St. Anne's, Winnetka).  UFAS §§ 4.1.2(7) and (8); 4.1.6, 4.3.9, 4.13.6, Figure 25(a); Fair Housing Accessibility Guidelines 2, 3 (ANSI A117.1-1986 § 4.13.6); 2010 ADA Standards §§ 206.5, 404.2.4.1; 1991 AD A Standards §§ 4.1.3(7) and (8), 4.13.6;

        3.     Doors with pull-side latch side approaches with closers that do not have maneuvering space 54 inches deep or space extending 24 inches to the latch side of the doorways.  (*See, e.g*., Saticoy).  UFAS §§ 4.1.2(7) and (8); 4.1.6, 4.3.9, 4.13.6, Figure 25(c); Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.13.6); 2010 ADA Standards §§ 206.5, 404.2.4.1; 1991 ADA Standards §§ 4.1.3(7) and (8), 4.13.6;

        4.     Doors with push-side latch side approaches with closers that do not have maneuvering space 48 inches deep or space extending 24 inches to the latch side of the doorways.  (*See, e.g*., Rittenhouse; Serrano).  UFAS §§ 4.1.2(7) and (8); 4.1.6, 4.3.9, 4.13.6, Figure 25(c); Fair Housing

112

Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.13.6); 2010 ADA Standards §§ 206.5, 404.2.4.1; 1991 ADA Standards §§ 4.1.3(7) and (8), 4.13.6;

5.    Fire extinguishers, cabinets, drop boxes, counters, door closers, drinking fountains and other objects that protrude more than four inches into the circulation path where the bottom of the objects are more than 27 inches above the ground.  (*See, e.g*., 36 St. & Broadway; Figueroa; Miramar; Second Ave.; The Whitter; Winnetka Senior).  UFAS §§ 4.1.2(2), 4.1.6, 4.4.1; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.4.1); 2010 ADA Standards §§ 204.1, 307.2;

6.    Door or gate hardware along accessible routes, to common use restrooms, courtyards, laundry rooms and trash rooms with hardware that cannot be operated without tight grasping, tight pinching, or twisting of the wrist.  (*See, e.g*., Asbury; Second Ave.; The Whitter).  UFAS §§ 4.1.2(7) and (8), 4.1.6, 4.13.9; Fair Housing Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.13.9, 4.25.4); 2010 ADA Standards §§ 204.1, 307.2;

7.    Maneuvering space at doors, accessible routes, passenger loading zones, and ramp landings with a slope or cross slope that exceeds two percent.  (*See, e.g*., 36 St. & Broadway; Miramar; Rio Vista; Serrano; St. Anne's; Winnetka Senior).  UFAS §§ 4.1.2, 4.1.6, 4.3.7. 4.6.5, 4.8.4, 4.13.6; Fair Housing Accessibility Guidelines 2 (ANSI A117.1-1986 §§ 4.3.7, 4.8.4, 4.13.6); 2010 ADA Standards §§ 209.1, 302, 402.2, 403, 404, 405, 503.4; 1991 ADA Standards 4.1.2(1) and (2), 4.1.3(1), 4.3.7;

8.    Ramps with a slope that exceeds 8.33 percent.  (*See, e.g*., Figueroa; Lyndon Hotel; St. Anne's; ).  UFAS §§ 4.1.2, 4.1.6, 4.8.1, 4.8.2; Fair Housing Accessibility Guidelines Reqs. 1, 2 (ANSI A117.1-1986 § 4.8.2); 2010 ADA Standards §§ 206.1, 405.2; 1991 ADA Guidelines 4.1.2(1) and (2), 4.1.3(1), 4.8.2;

113

ATTACHMENT D

9.      Abrupt changes in level on accessible routes exceeding one-half inch without an elevator, lift or ramp.  (*See, e.g*., 36 St. & Broadway; Figueroa).  UFAS §§ 4.1.1(1), 4.1.2, 4.1.6, 4.3.8; Fair Housing Accessibility Guidelines Reqs. 1, 2 (ANSI A117.1-1986 § 4.3.7, 4.3.8); 2010 ADA Standards §§ .206.1, 303.4;

10.     Routes that are not constructed as a ramp with a slope that exceeds five percent.  (*See, e.g*.,).  UFAS §§ 4.1.1(1), 4.1.2, 4.1.6, 4.3.7, 4.8.1 ; Fair Housing Accessibility Guidelines Reqs. 1, 2 (ANSI A117.1-1986 § 4.3.7);

11.     Operable parts of property call boxes and rent drop boxes installed too high because they are blocked by an obstruction more than 34 inches tall and they are not within 54 inches of the floor.  (*See, e.g*., Afton Place; Asbury; Lyndon Hotel; Second Ave.).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.25.3; Fair Housing Accessibility Guidelines Req.2 (ANSI A117.1-1986 § 4/2/6, 4.25.3);

12.     Clear floor space in platform lifts narrower than 36 inches.  (*See, e.g*., Afton Place; Figueroa).  UFAS §§ 4.1.2, 4.1.6, 4.2.4.1, 4.11.2, 4.27.2; 2010 ADA Standards §§ 206.1, 410.3, 305.7.1;

13.     Accessible routes that are blocked by curbs without a ramp.  (*See, e.g., Winnetka Senior).  UFAS §§ 4.1.1(4), 4.3.8; Fair Housing Accessibility Guidelines Reqs. 1, or 2 (ANSI A117.1-1986 § 4.3.8); 2010 ADA Standards §§ 206.1, 303.4;

14.     Drain cover grate openings several inches long in the direction of travel.  (*See, e.g*., Saticoy).  UFAS §§ 4.1.2(2), 4.1.6, 4.5.4; Fair Housing Accessibility Guidelines Req. 1, (ANSI A117.1-1986 § 4.5.4);

15.     Overhead objects along the circulation path that are less than 80 inches from the floor.  (*See, e.g*., Saticoy).  UFAS §§ 4.1.2(2), 4.1.6, 4.3.5, 4.4.2; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.4.2);

13

114

16.    Unpaved or too steep ground in front of property call boxes.  (*See, e.g.*, 36 St. & Broadway; Afton Place).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.4, 4.3.7, 4.27.2;

17.    Platform lifts that do not facilitate unassisted entry, operation, and exit because they are kept locked and there are no posted instructions.  (*See, e.g.*, Afton Place).  UFAS §§ 4.1.2(1), 4.1.6, 4.11.3; and

18.    Thresholds at landings or in doorways that are taller than one-half inch and that are not beveled.  (*See, e.g.*, 36 St. & Broadway; Saticoy).  UFAS §§ 4.1.2(7), 4.1.6, 4.13.8; Fair Housing Accessibility Guidelines Req. 2, 4 (guidelines (4) and (6)) (ANSI A117.1-1986 § 4.13.8); 2010 ADA Guidelines 206.1, 303.3, 303.4.

**B.    Inaccessible signs**

1.    Improperly located signs.  (*See, e.g.*, Rio Vista; Rittenhouse; Saticoy St. Anne's; Winnetka Senior).  UFAS §§ 4.1.2(15), 4.1.3(16), 4.1.6, 4.4.1, 4.30.4, 4.30.6; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.4.1); 2010 ADA Standards §§ 216.2, 703.4; 1991 ADA Standards 4.1.3(16)(a), 4.30.6; and

2.    Property signs for common use spaces without tactile features or appropriate accessible fonts.  (*See, e.g.*, 36 St. & Broadway; Afton Place; Miramar; Rittenhouse; Second Ave.; The Serrano; The Whitter).  UFAS §§ 4.1.2(15), 4.1.6, 4.30; 2010 ADA Standards §§ 216.2, 703.4.

**C.    Inaccessible handicapped parking**

1.    Insufficient numbers of handicapped parking spots because there are not accessible spots for each required accessible unit.  (*See, e.g.*, 36 St. & Broadway; Miramar; Rittenhouse; Second Ave.; The Serrano).  UFAS § 4.1.1(5)(d)(i) and (ii); Fair Housing Accessibility Guidelines Req. 2; 2010 ADA Standards § 208.2.3; and

2.    Handicapped parking access aisles that slope more than 2 percent.

14

115

ATTACHMENT D

1    (*See, e.g.*, The Whitter).  UFAS §§ 4.1.1(5), 4.6.3.

2    **D.    Inaccessible common use restrooms**

3        1.    Public restrooms without any accessible features.  (*See, e.g.*, 36 St. &
4    Broadway; Lyndon Hotel).  UFAS §§ 4.1.2(10), 4.1.6, 4.22; Fair Housing
5    Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.22.1);

6        2.    Toilet paper dispenser more than 36 inches from the rear wall, and
7    their centerlines are not between seven and nine inches in front of the toilet.
8    (*See*, *e.g.*, Miramar; Saticoy; St. Anne's; Winnetka Senior).  UFAS §§
9    4.1.2(10), 4.1.6, 4.16.6, Figure 39(b); Fair Housing Accessibility Guidelines
10    Req. 2 (ANSI A117.1-1986 § 4.16.6); 2010 ADA Standards §§ 213.2,
11    213.3.2, 604.7;

12        3.    Toilet flush controls not on the wide side of the toilet space.  (*See*,
13    *e.g.*, St. Anne's).  UFAS §§ 4.1.2(10), 4.1.6, 4.16.5; Fair Housing
14    Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.16.5); 1991 ADA
15    Standards §§ 4.1.3(11), 4.16.5;

16        4.    Sidewall toilet grab bars not at least 42 inches long, not within 12
17    inches of the rear wall, or not extending at least 54 inches from the rear
18    wall.  (*See, e.g.*, Rittenhouse; and St. Anne's).  UFAS §§ 4.1.2(10), 4.1.6,
19    4.16.4, Figure 29(b); Fair Housing Accessibility Guidelines Req. 2 (ANSI
20    A117.1-1986 § 4.16.4); 2010 ADA Standards §§ .213.2, 605.1. 604.8.1.5;

21        5.    Rear toilet grab bars not at least 36 inches long, or not extending
22    from the centerline of the toilet at least 12 inches in each direction.  (*See*,
23    *e.g.*, Miramar; The Whitter).  UFAS §§ 4.1.2(10), 4.1.6, 4.16.4, Figure
24    29(a); Fair Housing Accessibility Guidelines Reqs. 2 (ANSI A117.1-1986
25    §§ 4.16.4, 4.17.6); 2010 ADA Standards §§ 213.2, 604.5.2, 604.8.1.5; 1991
26    ADA Standards §§ 4.1.3(11), 4.16.4, 4.17.6, 4.26.2;

27        6.    Restroom lavatories without clear floor space extending at least 17
28    inches under the lavatory.  (*See, e.g.*, Saticoy).  UFAS §§ 4.1.2(10), 4.1.6,

116

4.19.3, Figure 32; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.19.2);

7.     Toilet centerlines more or less than 18 inches from the sidewall. (*See, e.g.,* Rittenhouse; Saticoy; St. Anne's).  UFAS §§ 2.1.2(10), 4.1.6, 4.16.2, Figure 28; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.16.2);

8.     Coat hooks installed more than 54 inches above the floor.  (*See, e.g.*, Rittenhouse).  UFAS §§ 4.1.2(10), 4.1.6, 4.2.6, 4.25.3; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.23.3);

9.     Toilet grab bars without one and one-half inch clear space below the grab bar.  (*See, e.g.*, St. Anne's).  UFAS §§ 4.1.2(10), 4.1.6, 4.16.4, 4.26.2, Figure 39(a); Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.24.2);

10.     Missing toilet grab bars.  (*See, e.g.*, St. Anne's). UFAS §§ 4.1.2(10), 4.1.6, 4.16.4, 4.17.6; 1991 ADA Standards 4.1.3(11), 4.16.4; 4.22.4, 4.26;

11.     Clear floor space at the toilet not 60 inches wide.  (*See, e.g.*, Figueroa; Second Ave.; The Serrano).  UFAS §§ 4.1.2(10), 4.16.2, Figure 28; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.16.2); 2010 ADA Standards 213,2, 604.3.1;

12.     Soap dispenser that require a side reach over an obstruction more than 34 inches tall, and more than 10 inches back from the front edge of the obstruction, and more than 48 inches from the floor.  (*See, e.g.*, Miramar).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.2.6, 4.25.3);

13.     Toilet doors that swing into required clear floor space inside the stall.  (*See, e.g.*, Miramar).  UFAS §§ 4.1.2(10), 4.1.6, 4.17.3; Fair Housing Accessibility Guidelines Req, 2;

14.     Eyewash operable controls more than 48 inches above the floor.

16

117

ATTACHMENT D

(*See*, *e.g*., The Serrano).  UFAS §§ 4.1.2(12), 4.2.5, 4.27.3, Fair Housing Accessibility Guidelines Req. 2, (ANSI A117.1-1986 §§ 4.2.5, 4.25.3); and

15.    Mirrors that are provided where the reflective surface is more than 40 inches from the floor.  (*See*, *e.g*.,St. Anne's).  UFAS §§ 4.1.2(10), 4.1.6, 4.19, 64.22.6, 4.23.6; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.19.6);

**E.    Inaccessible laundry rooms**

1.    Washers and dryers with control or coin slot operable parts not within reach, because they require a side reach over an obstruction more than 34 inches tall, and the controls or coins slots are more than 10 inches back from the front edge of the obstruction and/or more than 48 inches from the floor.  (*See*, *e.g*., Asbury; Figueroa; Lyndon Hotel; Miramar; Rio Vista; Saticoy; Second Ave.; Winnetka Senior; Witmer).  UFAS §§ 4.1.2(12), 4.1.6, 4.1.3, 4.2.6, 4.27.3, 4.34.7; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.2.6, 4.25.3); 2010 ADA Standards 205, 308.3.2, 309.3;

2.    Common use work surfaces taller than 34 inches, or that do not have knee clearance of 27 inches.  (*See*, *e.g*., Miramar;). UFAS §§ 4.1.2(17), 4.1.6, 4.32.4, Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.30.2);

3.    When washers and dryers are provided, there are no front loading washer.  (*See*, *e.g*., Lyndon Hotel; Saticoy; Second Ave.; ).  UFAS §§ 4.1.2, 4.1.6, 4.1.3, 4.34.7.2; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.32.6.2);

4.    Accessible routes in front of washers and dryers too narrow because they are not 36 inches wide.  (*See*, *e.g*., 36 St. & Broadway).  UFAS §§ 4.1.2(1), 4.1.6, 4.3.3;

5.    Commercial dryers stacked on washers, making operable parts of the

17

118

ATTACHMENT D

dryer out of reach because the controls are higher than 48 inches and only on a back panel.  (*See, e.g*., Afton Place).  UFAS §§ 4.1.3, 4.2.6, 4.27.3, 4.34.7;

6.  Sink faucet operable parts that are more than 34 inches tall and more than 24 inches from the front edge.  (*See, e.g*., Lyndon Hotel; Winnetka Senior).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3, 4.34.7; 2010 ADA Standards 205, 309.3;

7.  Sink faucet hardware that cannot be operated without tight grasping, tight pinching, or twisting of the wrist.  (*See, e.g*., St. Anne's).  UFAS §§ 4.1.2(12), 4.1.6, 4.27.4; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.25.4);

8.  Washers and dryers not on an accessible route.  (*See, e.g*., Afton Place).  UFAS §§ 4.1.2, 4.1.6, 4.34.7.1; and

9.  Paper towel dispensers not accessibly located because they require a side reach over an obstruction more than 34 inches tall, and the dispensers are more than 10 inches back from the front edge of the obstruction and/or more than 48 inches from the floor.  (*See, e.g*., Rio Vista).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.2.6, 4.25.3).

**F.    Inaccessible community or other multi-purpose rooms**

1.  Sink faucet operable parts more than 34 inches tall and/or more than 24 inches from the front edge.  (*See, e.g*., Apple Tree Village; Lyndon Hotel; Miramar; Saticoy). UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.2.6, 4.25.3);

2.  Paper towel dispensers not accessibly located because they require a side reach over an obstruction more than 34 inches tall, and the dispensers are more than 10 inches back from the front edge of the obstruction and/or

ATTACHMENT D

more than 48 inches from the floor.  (*See, e.g.*, Rittenhouse; Yale Terrace).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3;

3.    Community room thermostat controls too high because they require a side reach over an obstruction more than 34 inches tall, and the control is more than 10 inches back from the front edge of the obstruction and/or more than 48 inches from the floor and more than 10 inches back from the front edge.  (*See, e.g.*, 36 St. & Broadway).  UFAS §§ 4.1.2(12), 4.27.3;

4.    Hood light and fan switches more than 48 inches above the floor and not repeated within reach on separate switches.  (*See, e.g.*, Rio Vista; The Whitter).  UFAS §§ 4.1.(12), 4.2.5, 4.27.3; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.2.5, 4.25.3); 2010 ADA Standards §§ 205, 308, 309.3;

5.

6.    Table seating without clearance 30 inches wide, 27 inches high and 17 inches deep for 5 percent of the seats.  (*See, e.g.*, The Serrano; Winnetka Senior).  UFAS §§ 4.1.2, 4.1.6, 4.32.4, Figure 45; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.30); 2010 ADA Standards §§ 226.1, 226.2, 305, 306, 902.2;

7.    Soap dispenser that require a side reach over an obstruction more than 34 inches tall, and the dispensers are more than 10 inches back from the front edge of the obstruction and/or more than 48 inches from the floor.  (*See, e.g.*, Rittenhouse).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3;

8.    Microwave operable controls too high because they require a side reach over an obstruction more than 34 inches tall, and the controls are more than 10 inches back from the front edge of the obstruction and/or more than 48 inches from the floor.  (*See, e.g.*, St. Anne's).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.2.6, 4.25.3);

19

ATTACHMENT D

9.      Wall volume controls that cannot be operated without tight grasping, tight pinching, or twisting of the wrist.  (*See, e.g*., The Whitter).  UFAS §§ 4.1.2(12), 4.27.4; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.25.4); 2010 ADA Standards §§ 205, 309.4;

10.      The midpoint of freezers more than 54 inches from the floor.  (*See, e.g*., The Serrano).  UFAS §§ 4.34.2(13), 4.34.6.8; 2010 ADA Standards §§ 233, 809.3, 804.6.6.

**G.    Inaccessible trash rooms**

1.      Trash chute door that cannot be opened with five-pounds or less of force.  (*See, e.g*., Afton Place; Miramar; Rio Vista; The Serrano; St. Anne's; The Whitter).  UFAS §§ 4.1.2(12), 4.1.6, 4.27.4; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.25.4); 2010 ADA Standards 205, 309.4;

2.      Trash Chute door that cannot be operated without tight grasping, tight pinching, or twisting of the wrist.  (*See, e.g*., Afton Place; Miramar Village).  UFAS §§ 4.1.2(12), 4.1.6, 4.27.4; and

3.      Sink faucet operable parts more than 34 inches tall and/or more than 24 inches from the front edge.  (*See, e.g*., Rio Vista).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3.

**H.    Inaccessible mail facilities**

1.      Mailboxes, or a portion of mailboxes, above 54 inches.  (*See, e.g*., 36 St. & Broadway; Afton Place; Lyndon Hotel; Miramar; Park Place; The Serrano, The Whitter).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.27.3; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.2.5, 4.25.3); 2010 ADA Standards 206.2; and

2.      Centralized mail receptacles more than 48 inches above the ground.  (*See, e.g*., Rittenhouse Square; The Serrano).  UFAS §§ 4.1.2(12), 4.2.6, 4.27.3; Fair Housing Accessibility Guidelines Req. 2, (ANSI A117.1-1986

20

ATTACHMENT D

1    §§ 4.2.6, 4.25.3); 2010 ADA Standards 205, 308, 309.3.

2    **III.   Violations identified in specific dwelling units in properties that are in both**

3    **the City and CRA/LA housing programs include:**

4    **A.   Inaccessible doors without sufficient maneuvering space or time**

5         1.   Doors where the sweep period from an open position to closing is

6         less than three second.  (*See, e.g*., Buckingham Place 107, Vista Monterey

7         106).  UFAS § 4.13.10;

8    **B.   Inaccessible doors that are not wide enough**

9         1.   Doors clear openings less than 32 inches wide.  (*See, e.g*.,

10        Buckingham Place 107).  UFAS §§ 4.1.2, 4.1.6, 4.13.5, Figure 24(b),

11        4.34.2(3); Fair Housing Accessibility Guidelines Req. 3, Guideline 2; and

12        2.   Patio door clear openings less than 32 inches wide.  (*See, e.g*.,

13        Buckingham Place 107). UFAS §§ 4.13.5, 4.34.2(15), Figure 24.

14   **C.   Inaccessible doors because thresholds are too tall or not beveled**

15        1.   Entrance thresholds taller than one-half inch tall on either side, or

16        taller than one-quarter inch and not beveled.  (*See, e.g*., Vista Monterey

17        106).  UFAS §§ 4.1.2(7) and (8), 4.1.6, 4.13.8, 4.34.2(6), 4.34.2(15)(d); Fair

18        Housing Accessibility Guidelines Req. 4, Guideline 4;

19        2.   Balcony door thresholds taller than three-quarters of an inch on either

20        side, or taller than one-quarter inch and not beveled.  (*See, e.g*., Vista

21        Monterey 106).  UFAS §§ 4.13.8, 4.34.2(6), 4.34.2(15)(d);

22        3.   The maneuvering clearance at the latch side of the door is not a

23        minimum of 24 inches and the depth is less than 48 inches perpendicular to

24        the door.  (*See, e.g*., Vista Monterey 106).  UFAS 4.13.6, Figure 25(c); and

25        4.   Bathroom shower thresholds taller than one-half inch or taller than

26        one-quarter inch and not beveled.  (*See, e.g*., Buckingham Place 107).

27        UFAS §§ 4.1.2, 4.1.6, 4.13.8, 4.34.2(3).

28   **D.   Inaccessible bedrooms**

21

122

1      The clothes rod is mounted greater than the maximum height of 54 inches.  (*See, e.g*., Buckingham Place 107, Encore Hall 202, Vista Monterey 106).  UFAS §§  4.25.3, Figure 38; and

2.      The closet shelf is mounted greater than the maximum of 54 inches above the finished floor.  (*See, e.g*., Buckingham Place 107, Encore Hall 202, Vista Monterey 106).  UFAS §§ 4.25.3, Figure 384.2.6, 4.25.6, Figure 6(a) and (b).

**E.      Inaccessible kitchens**

1.      The sink and surrounding counter is mounted more than a maximum height of 34 inches above the finished floor.  (*See, e.g*., Vista Monterey 106). UFAS §§ 4.34.6.5(1), Figure 51;

2.      Kitchen work surface heights exceed the maximum height of 34 inches above the finished floor or the counter or work surface is mounted 36 inches above the finished floor and is not adjustable or replaceable as a unit to provide alternative heights of 28 inches, 32 inches, and 36 inches.  (*See, e.g*., Vermont Senior 1215, Vista Monterey 106).  UFAS § 4.34.6.4(1), Figure 50(b );

3.      Kitchens without a 30-inch wide accessible work surface no higher than 34 inches with knee and toe space underneath.  (*See, e.g*., Buckingham Place 107).  UFAS §§ 4.34.6.4(4), Figure 50;

4.      Hood light and fan switches more than 48 inches above the floor not repeated within reach on separate switches.  (*See, e.g*., Encore Hall, 202). UFAS §§ 4.2.6, 4.34.2(9); 2010 ADA Standards §§ 205, 233, 308, 309.3;

5.      Ovens not adjacent to accessible work surfaces, and/or not self-cleaning.  (*See, e.g*., The Galley, Vermont Senior 1215, Vista Monterey 106).  UFAS §§ 4.34.2(13), 4.34.6.4(1), Figure 50, 4.34.6.7; 2010 ADA Standards §§ 212, 233, 212, 804.3, 804.6.5.2;

6.      Oven controls not located on the front panel.  (*See, e.g*., Vista

123

1    Monterey 106).  UFAS § 4.34.6.7;

2        7.      U-shaped kitchens without a 60-inch diameter clear floor-turning

3    space.  (*See, e.g.,* Vermont Senior 1215).  UFAS §§ 4.34.2(13), 4.34.6.1;

4    Fair Housing Accessibility Guidelines Req. 7 Guideline 1(c) (ANSI

5    A117.1-1986 § 4.32.5);

6        8.      Base cabinets are not removable under the full 30-inch minimum

7    frontage of the work counters.  (*See, e.g*.,

8        9.      Vermont Senior 1215, Vista Monterey 106, Vista Monterey 106).

9    UFAS § 4.34.6.4(2); Figure 50(a) and (b);

10       10.     The finished floor does not extend to the wall under the work surface.

11   (*See, e.g*., Vermont Senior 1215, Vista Monterey 106).  UFAS §

12   4.34.6.4(2);

13       11.     The hot water and drainpipes are not insulated or otherwise covered.

14   (*See, e.g*., Vermont Senior 1215, Vista Monterey 106).  UFAS § 4.34.65(8);

15       12.     The height of a shelf of wall cabinets mounted above the work

16   surface exceeds the maximum of 48 inches above the finished floor.  (*See,*

17   *e.g*., Buckingham Place 107, Vista Monterey 106).  UFAS § 4.34.6.10(1),

18   Figure 50; Range controls are located on the back panel requiring a reach

19   across burners.  (*See, e.g*., Vista Monterey 106).  UFAS §§ 4.34.2(13),

20   4.34.6.7; and

21       13.     The highest operable part of the light or fan control is mounted

22   greater than the maximum of 54 inches above the finished floor.  (*See, e.g*.,

23   Encore Hall 202).  UFAS §§4.2.6, Figures 6(a) and (b).

24   **F.**    **Inaccessible bathrooms**

25       1.      Lavatories without a minimum knee clearance of at least 29 inches.

26   (*See, e.g*., Encore Hall 202, Vista Monterey 106).  UFAS §§ 4.34.5.3(1),

27   4.22.6, 4,19.2, Figure 31;

28       2.      Bathtubs without a securable seat.  (*See, e.g*., Vista Monterey 106).

23

ATTACHMENT D

UFAS §§ 4.34.2(12), 4.34.5.4(2); 4.26.3. Figure 33; 2010 ADA Standards §§ 233, 607.3, 809.4;

3.    Shower seats that do not extend the full length of the seat wall to within one and one-half inches of the back wall or to within three inches of the compartment entry.  (*See, e.g*., Buckingham Place 107).  UFAS §§ 4.34.5.5(2), Figure 35(a), Figure 36;

4.    Lack of a shower seat on the wall opposite from the shower controls. (*See, e.g*., Encore Hall 202). UFAS §§ 4.34.5.5(2), Figure 35;

5.    Shower stall that has a curb that exceeds the maximum height of one half inch).  (*See, e.g*., Encore Hall 202).  UFAS §§ 4.21.7.

6.    Shower stall is not a minimum of 36 inches by 36 inches or 30 inches by 60 inches.  (*See, e.g*., Buckingham Place 107).  UFAS § 4.34.5.5.(1), Figure 35(a) and (b).

7.    Toilets with a centerline more or less than 18 inches from the sidewall.  (*See, e.g*., Encore Hall 202, Vermont Senior 1215, Vista Monterey 106).  UFAS §§ 4.34.2(12), 4.34.5.2(1); Fair Housing Accessibility Guidelines Req. 7 Guidelines 2(a)(ii) and 2(b)(iv);

8.    Toilet paper dispensers not on the nearest sidewall, or more than 36 inches from the back wall.  (*See, e.g*., Vermont Senior 1215, Vista Monterey 106).  UFAS §§ 4.34.2(12), 4.34.5.2(4), Figure 47(b); 2010 ADA Standards §§ 213.2, 604.7;

9.    Medicine cabinets, where provided, with a lowest shelf more than 44 inches from the floor.  (*See, e.g*., Vista Monterey 106).  UFAS §§ 4.19.3, 4.22.6, 4.34.2(12), 4.34.5.3(3);

10.    Consumer information about the adaptability of the unit is not provided to inform the resident of the provisions for the installation of grab bars at the water closets, bathtubs, and showers.  (*See, e.g*., Vista Monterey 106).  UFAS § 4.34.3, 4.34.4.

125

ATTACHMENT D

**G.    Other accessibility violations**

    1.    Windows with locking mechanisms mounted too high.  (*See, e.g.*, Yale Terrace 202, 303).  UFAS §§ 4.2.6, 4.27.3, 4.34.2(9);

**IV.    Violations identified in general, common use or public areas of properties that are part of the City's and the CRA/LA's housing programs include:**

    **A.    Inaccessible routes**

        1.    Doors with pull-side forward approaches that do not have maneuvering space 60 inches deep or space extending 18 inches to the latch side of the doorway.  (*See, e.g.*, Yale Terrace).  UFAS §§ 4.1.2(7) and (8); 4.1.6, 4.3.9, 4.13.6, Figure 25(a); Fair Housing Accessibility Guidelines 2, 3 (ANSI A117.1-1986 § 4.13.6); 2010 ADA Standards for Accessible Design ("2010 ADA Standards") §§ 206.5, 404.2.4.1; 1991 ADA Standards §§ 4.1.3(7) and (8), 4.13.6;

        2.    Doors with push-side forward approaches with latches and closers that do not have maneuvering space 48 inches deep or space extending 12 inches to the latch side of the doorways.  (*See, e.g.*, Yale Terrace).  UFAS §§ 4.1.2(7) and (8); 4.1.6, 4.3.9, 4.13.6, Figure 25(a); Fair Housing Accessibility Guidelines 2, 3 (ANSI A117.1-1986 § 4.13.6); 2010 ADA Standards §§ 206.5, 404.2.4.1; 1991 ADA Standards §§ 4.1.3(7) and (8), 4.13.6;

        3.    Fire extinguishers, cabinets, drop boxes, counters, door closers, drinking fountains and other objects that protrude more than four inches into the circulation path where the bottom of the objects are more than 27 inches above the ground.  (*See, e.g.* Yale Terrace).  UFAS §§ 4.1.2(2), 4.1.6, 4.4.1; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.4.1); 2010 ADA Standards §§ 204.1, 307.2;

        4.    Maneuvering space at doors, accessible routes, passenger loading zones, and ramp landings with a slope or cross slope that exceeds two

ATTACHMENT D

percent.  (*See, e.g*., Buckingham Senior, Yale Terrace).  UFAS §§ 4.1.2, 4.1.6, 4.3.7. 4.6.5, 4.8.4, 4.13.6; Fair Housing Accessibility Guidelines 2 (ANSI A117.1-1986 §§ 4.3.7, 4.8.4, 4.13.6); 2010 ADA Standards §§ 209.1, 302, 402.2, 403, 404, 405, 503.4; 1991 ADA Standards 4.1.2(1) and (2), 4.1.3(1), 4.3.7;

5.     Ramps with a slope that exceeds 8.33 percent.  (*See, e.g*., Encore Hall, Vista Monterey, Yale Terrace).  UFAS §§ 4.1.2, 4.1.6, 4.8.1, 4.8.2; Fair Housing Accessibility Guidelines Reqs. 1, 2 (ANSI A117.1-1986 § 4.8.2); 2010 ADA Standards §§ 206.1, 405.2; 1991 ADA Guidelines 4.1.2(1) and (2), 4.1.3(1), 4.8.2;

6.     Abrupt changes in level on accessible routes exceeding one-half inch without an elevator, lift or ramp.  (*See, e.g*., Yale Terrace).  UFAS §§ 4.1.1(1), 4.1.2, 4.1.6, 4.3.8; Fair Housing Accessibility Guidelines Reqs. 1, 2 (ANSI A117.1-1986 § 4.3.7, 4.3.8); 2010 ADA Standards §§ .206.1, 303.4;

7.     Operable parts of property call boxes and rent drop boxes installed too high because they are blocked by an obstruction more than 34 inches tall and they are not within 54 inches of the floor.  (*See, e.g*., Buckingham Senior, Encore Hall).  UFAS §§ 4.1.2(12), 4.1.6, 4.2.6, 4.25.3; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4/2/6, 4.25.3);

8.     Ramp landings less than 60 inches long.  (*See, e.g*., Encore Hall).  UFAS §§ 4.1.2(1), 4.1.6, 4.8.4;

9.     Thresholds at landings or in doorways that are taller than one-half inch and that are not beveled.  (*See, e.g.,* Yale Terrace).  UFAS §§ 4.1.2(7), 4.1.6, 4.13.8; Fair Housing Accessibility Guidelines Req. 2, 4 (guidelines (4) and (6)), (ANSI A117.1-1986 § 4.13.8); 2010 ADA Guidelines 206.1, 303.3, 303.4;

10.     Areas without an accessible route.  (*See, e.g.,* Vista Monterey).

127

ATTACHMENT D

UFAS §§ 4.3.8, 4.5.2, Figure 7(c) and (d);

11.     Curb ramps with cross slopes that exceed two percent.  (*See, e.g.,* Vista Monterey).  UFAS §§ 4.7.2, 4.8.2, 4.8.6;

12.     Curb ramp obstructions due to location or failure to protect obstruction.  (*See, e.g.,* Vista Monterey).  UFAS § 4.7.8;

13.     Handrail gripping surface is not mounted between 30 to 34 inches above the ramp surface.  (*See, e.g.,* Encore Hall).  UFAS § 4.8.5(5); and

14.     Stairways that do not have cane detectable barriers.  (*See, e.g.,* Imani Fe).  UFAS § 4.4.2.

**B.     Inaccessible signs**

1.     Improperly located signs.  (*See, e.g*., Yale Terrace).  UFAS §§ 4.1.2(15), 4.1.3(16), 4.1.6, 4.4.1, 4.30.4, 4.30.6; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.4.1); 2010 ADA Standards §§ 216.2, 703.4; 1991 ADA Standards 4.1.3(16)(a), 4.30.6;

2.     No signage with the International Symbol of Accessibility displayed to direct guests to the accessible entrance, accessible parking, or accessible restrooms.  (*See, e.g*., Vista Monterey).  UFAS §§ 4.1.1(7)(c), 4.30, Figure 43; 4.34.2(2), 4.6.4, 4.30.5 and

3.     Signs for handicapped parking spots that are missing or not visible.  (*See, e.g*., Hollywood, Vermont Senior).  UFAS §§ 4.1.1(5) and (7), 4.6.4, 4.30.5; Fair Housing Accessibility Guidelines Reqs. 1, 2, (ANSI A117.1-1986 § 4.6.2).

**C.     Inaccessible handicapped parking**

1.     Insufficient numbers of handicapped parking spots because there are not accessible spots for each required accessible unit.  (*See, e.g*., Imani Fe, Yale Terrace).  UFAS §§ 4.1.1(5)(d)(i) and (ii), 4.34.2(2); Fair Housing Accessibility Guidelines Req. 2; 2010 ADA Standards § 208.2.3; and

2.     Handicapped parking access aisles or parking spots that slope more

27

128

than two percent. (*See, e.g.*, Encore Hall). UFAS §§ 4.34.2(2), 4.6.3.

**D.**    **Inaccessible common use restrooms**

1.    Door opening force exceeds five lbs. (*See*, *e.g.*, Buckingham Senior, Encore Hall, Vermont Senior). UFAS § 4.13.11(2)(b);

2.    Toilet paper dispensers more than 36 inches from the rear wall, and their centerlines are not between seven and nine inches in front of the toilet. (*See*, *e.g.*, Buckingham Senior, Encore Hall, Vista Monterey). UFAS §§ 4.34.2(2), 4.16.6, Figure 29(b); 30(d); Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.16.6); 2010 ADA Standards §§ 213.2, 213.3.2, 604.7;

3.    Sharp and abrasive surfaces on pipes under the sink not insulated to protect against injury. (*See, e.g.,* Yale Terrace). UFAS §§ 4.1.2(10), 4.1.6, 4.19.4; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.19.4);

4.    Sidewall toilet grab bars not at least 42" long, not within 12" of the rear wall, or not extending at least 54" from the rear wall. (*See, e.g.*, Yale Terrace). UFAS §§ 4.1.2(10), 4.1.6, 4.16.4, 4.17.6, Figure 29(b); Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.16.4); 2010 ADA Standards §§ 213.2, 605.1, 604.5.1, 604.8.1.5;

5.    Toilet paper dispensers that are not mounted on a side wall with a grab bar. (*See, e.g.*, Yale Terrace). UFAS §§ 4.34.2(12), 4.34.5.2(4);

6.    Restroom lavatories without the minimum knee and/or toe clearance or where the knee and/or toe clearance is blocked by objects. (*See, e.g.*, Yale Terrace). UFAS §§ 4.34.2(12), 4.34.5.3;

7.    Toilet drain piping provided less than the specified minimum nine-inch toe clearance. (*See, e.g.*, Buckingham Senior). UFAS §§ 4,34,2(1), 4.19.2;

8.    Toilet centerlines more or less than 18 inches from the sidewall.

28

129

(*See, e.g.*, Vista Monterey).  UFAS §§ 4.1.6, 4.16.2, Figure 28; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.16.2);

9.   Toilet paper dispensers not mounted on a side wall that has a grab bar.  (*See, e.g.*, Yale Terrace).  UFAS §§ 4.1.2(10), 4.1.6, 4.16.6, Figure 29(b); Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.16.6);

10.   Paper towel or toilet seat cover dispensers that are less than eighteen inches above toilet grab bars, blocking the required clear space.  (*See, e.g.*, Yale Terrace).  UFAS §§ 4.1.2(10), 4.1.6, 4.16.4, 4.26.2; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.24.2);

11.   Mirrors with a reflective surface more than 40 inches from the floor. (*See, e.g.*, Vermont Senior).  UFAS §§ 4.34,2(2), 4.19.6; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 § 4.19.6);

**E.   Inaccessible laundry rooms**

1.   When washers and dryers are provided, there are no front loading machines.  (*See, e.g.*, Encore Hall, Vista Monterey).  UFAS § 4.34.7.2; Fair Housing Accessibility Guidelines Req. 2, (ANSI A117.1-1986 § 4.32.6.2);

2.   Electrical outlet mounted at greater than the specified 46 inches for a reach ranger over an obstruction.  (*See, e.g.*, Buckingham Senior).  UFAS §§ 4.34.2(1), 4.2.6; and

3.   Washer/dryer controls require tight grasping, pinching, or twisting of the wrist to operate.  (*See, e.g.*, Encore Hall).  UFAS §§ 4.34.7.3, 4.27.4.

**F.   Inaccessible community or other multi-purpose rooms**

1.   Paper towel dispensers not accessibly located because they require a side reach over an obstruction more than 34 inches tall, and the dispensers are more than ten inches back from the front edge of the obstruction and/or more than 48 inches from the floor.  (*See, e.g.*, Yale Terrace).  UFAS §§ 4.1.2(12), 4.1.6, 4.27.3;

29

130

ATTACHMENT D

2.     Range hood switches more than 46 inches above the floor for a side reach range over an obstruction.  (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.27; Fair Housing Accessibility Guidelines Req. 2 (ANSI A117.1-1986 §§ 4.2.5, 4.25.3); 2010 ADA Standards §§ 205.1;

3.     Sharp and abrasive surfaces on the pipes or garbage disposal under the sink not insulated to protect against injury.  (*See, e.g*., Yale Terrace).  UFAS §§ 4.1.2(10), 4.1.6, 4.19.4;

4.     Shelving mounted at greater than the specified reach range of 44 inches for a forward reach over an obstruction.  (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.2.5;

5.     Common use work surfaces that are taller than 34 inches, or that do not have knee clearance of 27 inches.  (*See, e.g*., Buckingham Senior, Yale Terrace).  UFAS §§ 4.34.2(13), 4.36.10, 4.25;

6.     Storage base cabinet does not allow clear floor or ground space of the specified 30 inch by 48-inch cfs. width for a parallel approach.  (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.1.2(11), 4.25.2;

7.     Window blind cords mounted greater than the specified 48 inches. (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.27.3;

8.     Fitness equipment placed without a 30-inch wide clear floor area to provide a forward approach or a 36-inch minimum clear width accessible route between equipment.  (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.2.4.1, 4.3.3;

9.     Picnic tables present an open edge along the circulation route in a manner that is not cane detectable.  (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.4; and

10.     Barbeque grill controls are not accessible and require tight pinching to operate.  (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.27.4.

**G.     Inaccessible trash rooms**

30

131

ATTACHMENT D

1.     Trash chute door that cannot be opened with five-pounds or less of force.  (*See, e.g.,* Buckingham Senior).  UFAS §§ 4.1.2(12), 4.1.6, 4.27.4;

2.     Trash Chute hardware that cannot be operated without tight grasping, tight pinching, or twisting of the wrist.  (*See, e.g*., Vista Monterey). UFAS § 4.27.4;

3.     Entry doors required an opening force of 10 to 13 lbf. greater than the specified five lbf.  (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.13.11; and

4.     Vent housing for a ceiling mounted vent projected more than four inches out from the side wall with a head height of less than 80-inch clearance.  (*See, e.g*., Buckingham Senior).  UFAS §§ 4.34.2(1), 4.4.1, 4.4.2.

ATTACHMENT D