

1  JOSEPH H. HUNT
   Assistant Attorney General
2  NICOLA T. HANNA
   United States Attorney
3  DAVID K. BARRETT, AUSA
   Chief, Civil Fraud Section
4  LISA A. PALOMBO, AUSA
   ROSS M. CUFF, AUSA (SBN 275093)
5      Room 7516, Federal Building
       300 N. Los Angeles Street
6      Los Angeles, California 90012
       Tel: (213) 894-7388; Fax: (213) 894-7819
7      Email: Ross.Cuff@usdoj.gov
   ANDY J. MAO
8  SARA MCLEAN
   WILLIAM C. EDGAR
9  ERIC SCHMELZER
   Attorneys, Civil Division
10 United States Department of Justice
       175 N Street NE, Room 9.121
11     Washington, DC 20002
       Tel: 202-307-0256; Fax: (202) 307-3852
12     Email: Eric.Schmelzer@usdoj.gov

13 Attorneys for Plaintiff United States of America

14              UNITED STATES DISTRICT COURT

15          FOR THE CENTRAL DISTRICT OF CALIFORNIA

16                   WESTERN DIVISION

17 UNITED STATES OF AMERICA *ex rel.*        No. CV-11-00974 PSG (JCx)
   MEI LING and FAIR HOUSING
18 COUNCIL OF SAN FERNANDO               ORDER SCHEDULING A HEARING
   VALLEY,                               AND BRIEFING REGARDING THE
19                                       SETTLEMENT AGREEMENT WITH
              Plaintiffs,                CRA/LA
20
                   v.                    Hon. Philip S. Gutierrez
21                                       Courtroom 6A
   CITY OF LOS ANGELES, a municipal
22 corporation, and CRA/LA, a Designated
   Local Authority, a public entity,
23
              Defendants.
24

25

26

27

28

E-FILED
OCT 1 7 2019
Document #
Term #276 (10/28 Hrg go)

1    For good cause shown, it is hereby ordered that Plaintiff United States of
2    America's Motion to Schedule a Hearing and Briefing Regarding the Settlement
3    Agreement with CRA/LA is GRANTED.

4    IT IS ORDERED that:

5    1.    The hearing on *Qui Tam* Plaintiff Mei Ling's objections to the proposed
6          settlement will be conducted *in camera* at 1:30 p.m. on **Monday, December**
7          **16, 2019,** in Courtroom 6A of the First Street Federal Courthouse located at
8          350 W. 1st Street, Los Angeles, CA 90012;

9    2.    Defendant the City of Los Angeles (the City) shall be excluded from the *in*
10         *camera* hearing;

11   3.    Any documents filed in support of or in opposition to the proposed
12         settlement shall be filed under seal in accordance with Local Rule 79-
13         5.2.2(c);

14   4.    Any documents filed in support of or in opposition to the proposed
15         settlement shall be served on the United States, *Qui Tam* Plaintiff the Fair
16         Housing Council of San Fernando Valley (FHC), CRA/LA, and Ms. Ling
17         by email and U.S. Mail;

18   5.    Documents filed in support of or in opposition to the proposed settlement
19         shall not be served on, or otherwise shared with, the City;

20   6.    Ms. Ling shall file her written objections to the proposed settlement, if any,
21         no later than **November 25, 2019,** which is 21 days before the scheduled
22         hearing date;

23   7.    The United States, FHC, and CRA/LA shall file briefs in response to Ms.
24         Ling's objections or in support of the proposed settlement, if any, no later
25         than **December 2, 2019,** which is 14 days before the scheduled hearing
26         date; and

27   8.    Any documents filed in support of or in opposition to the proposed
28         settlement shall be unsealed 60 days after final resolution of this action,

1    unless the Court, upon the motion of a party made no later than 30 days

2    after final resolution of this action, orders any such document to remain

3    under seal.

4

5    **IT IS SO ORDERED**.

6

7

8

Dated: October 17, 2019

9                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28