**DENIED BY COURT 11/26/19**

LODGED

Mei Ling - *In Pro Persona*
6750 Whitsett Avenue #310
North Hollywood, California 91606

2019 NOV 26 PM 3:50

Telephone: (818) 644-3923
Email:   Mei.Ling.818@yahoo.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES CALIFORNIA, a municipal corporation, and CRA/LA, a Designated Local Authority, a public entity,<br><br>Defendants. | CASE NO. 2:11-cv-00974-PSG-JCx<br><br>~~[PROPOSED]~~ ORDER DENYING SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES OF AMERICA, AND DEFENDANT - THE COMMUNITY REDEVELOMENT AGENCY OF LOS ANGELES<br><br>Honorable Philip S. Gutierrez<br>Courtroom: 6A |

~~[PROPOSED ORDER]~~

The Court has received and considered Plaintiff Mei Ling's *(in pro persona)* Opposition to the fairness of the Settlement Agreement between the Unites States of America, co-relator Fair Housing Council, and defendant Community Redevelopment Agency of Los Angeles ("CRA-LA") relating to False Claims Case No. CV11-0974. It is determined that material support evidence is necessary to substantiate all facts and valuations of all applicable federally funded CRA-LA housing developments in order to arrive at a fair and equitable settlement of all applicable CRA-LA properties, subject to violations for false claims made to acquire federal funding. A subsequent hearing to present material evidence that was not made available by November 25, 2019, is scheduled for _____ to determine revisions for an equitable Settlement Agreement.

IT IS ORDERED that:

At this time, the Settlement Agreement entered into between the United States of America and the Community Redevelopment Agency of Los Angeles, is NOT APPROVED.

IT IS SO ORDERED.

Dated: _____

**DENIED 11/26/2019
BY COURT**

The Honorable Philip S. Gutierrez
United States District Judge