PAMELA L. JOHNSTON, CA Bar No. 132558
  pjohnston@foley.com
DANIEL R. STURM, CA Bar No. 314689
  dsturm@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant CRA/LA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, a municipal corporation, and CRA/LA, a Designated Local Authority, a public entity,<br><br>　　　　　Defendants. | Case No. 2:11-cv-00974-PSG-JC<br><br>**NOTICE OF LODGING CRA/LA SETTLEMENT OF RELMAN, DANE, & COLFAX ATTORNEY'S FEES (DKT. 276)**<br><br>Date:　December 16, 2019<br>Time:　1:30 P.M.<br>Place:　Courtroom 6A<br><br>Honorable Philip Gutierrez |

**PLEASE TAKE NOTICE THAT** Defendant Community Redevelopment Agency of Los Angeles, by and through its attorneys of record, hereby lodges the attached CRA/LA Settlement of Relman, Dane, & Colfax PLLC attorney's fees.

DATED:  December 10, 2019

**FOLEY & LARDNER LLP**

  */s/ Pamela L. Johnston*
Pamela L. Johnston
Daniel R. Sturm

Attorneys for Defendant CRA/LA, a Designated Local Authority