# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation, and CRA/LA, a Designated Local Authority, a public entity,<br><br>Defendants. | Case No. 2:11-cv-00974-PSG-JC<br><br>**CONSENT JUDGMENT REGARDING RELMAN, DANE & COLFAX ATTORNEY'S FEES AND COSTS ON BEHALF OF FHC** |

4821-7358-5321.4

This matter having come before the Court for the entry of this Consent Judgment regarding the Relman Firm (this "Consent Judgment re Relman") with the consent of the Fair Housing Council of San Fernando Valley ("FHC"), Relman, Dane & Colfax PLLC (the "Relman Firm"), and CRA/LA, a Designated Local Authority ("CRA/LA") (collectively the "Parties"), pursuant to Federal Rule of Civil Procedure 54(b), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Relman Firm served as counsel for Relator Fair Housing Council of San Fernando Valley from May 2010 to September 2016.

2. Defendant CRA/LA is a Designated Local Authority and successor to the former Community Redevelopment Agency of the City of Los Angeles (the former CRA) with its principal place of business in Los Angeles, California. CRA/LA is charged with winding down the affairs of the former CRA and with satisfying the former CRA's enforceable obligations.

3. CRA/LA admits it was properly served with the United States' Complaint-in-intervention, the United States' First-Amended Complaint-in-Intervention, and Relators' False Claims Act Complaint.

4. This Court has subject matter jurisdiction over this False Claims Act and common law action, and personal jurisdiction over each of the Parties, including CRA/LA. Venue is proper in this District because CRA/LA and the former CRA transacted business during the relevant time periods alleged in the United States' Complaint-in-Intervention, the United States' First Amended Complaint-in-Intervention, and Relators' False Claims Act Complaint; CRA/LA continues to transact business in this District; and a substantial part of the events giving rise to the claims brought in this action occurred in this District.

5. Pursuant to an Order dated _____, 2019, this Court determined that the Settlement Agreement entered into by the United States of America, the FHC, and CRA/LA was fair, adequate and reasonable under all circumstances ("FCA Agreement").



6. On _____, 2019, this Court entered the Consent Judgment for the Settlement with CRA/LA ("CRA/LA Consent Judgment"), pursuant to Federal Rule of Civil Procedure 54(b).

7. Contingent upon the entry of the CRA/LA Consent Judgment and the approval by the Court of the FCA Agreement as fair, adequate and reasonable under all circumstances, and pursuant to a Settlement Agreement entered into in this District by, between, and among the Relman Firm, the FHC and CRA/LA, if the above contingencies are met, these Parties consent to the entry of this Consent Judgment re Relman and to all provisions and terms hereof, and to all obligations imposed hereby, such as:

    a. CRA/LA shall pay Relman, Dane & Colfax PLLC $256,880.79 for what the Parties here have agreed is a settlement of what the Relman Firm claims are its reasonable costs and fees associated with the Relman Firm's representation of Relator Fair Housing Council of San Fernando Valley in this Civil Action.

    b. CRA/LA shall pay a post-judgment interest rate of two point four three percent (2.43%) compounded annually from the date of entry of this Consent Judgment re Relman, to and including the date of Payment in full or July 30, 2020 (whichever is earlier), plus, in the case of an Uncured Default, interest at a rate of twelve percent (12%), compounded daily, from July 31, 2020, until the date CRA/LA pays the above agreed upon attorney's fees and costs stipulated hereto.

8. CRA/LA hereby waives and agrees not to assert in any court or tribunal any defenses or objections to such seizure, attachment, or offset that may be available to them under the law, or to contest the validity or enforceability of this Consent Judgement re Relman, as long as the legal process at issue occurs after July 31, 2020 and this Consent Judgment remains partially or fully unpaid.

9. Jurisdiction is retained by this Court for the purpose of enabling any of the Parties to this Consent Judgment to apply to this Court at any time for such further orders



or directions as may be necessary or appropriate for the construction or carrying out of this Consent Judgment re Relman, and for the enforcement of compliance with this Consent Judgment re Relman and for the final resolution of all outstanding attorney's fees, expenses and cost issues.

SO AGREED BY:

### CRA/LA - DEFENDANT

Dated: DEC 0 4 2019

Estevan Valenzuela
Chief Executive Officer

Dated: Dec. 3, 2019

Pamela L. Johnston
Foley & Lardner LLP
Counsel for CRA/LA

### RELMAN, DANE & COLFAX PLLC

Dated: 12/4/2019

Michael Allen
Partner
Relman, Dane & Colfax PLLC

Dated: 12/4/2019      _____
                     Benjamin J. Razi
                     Counsel for Relman, Dane & Colfax PLLC

## FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY

Dated:_____  _____
                      Sharon Kinlaw
                      Executive Director
                      Fair Housing Council of San Fernando Valley

Dated:_____  _____
                      Don Warren
                      Counsel for Fair Housing Council of San Fernando Valley

IT IS SO ORDERED THIS _____ DAY OF DECEMBER 2019. The clerk is directed to enter this Judgment.

_____
United States District Court

Dated:_____
Benjamin J. Razi
Counsel for Relman, Dane & Colfax PLLC

### FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY

Dated: December 3, 2019   *Sharon Kinlaw* (signature)
Sharon Kinlaw
Executive Director
Fair Housing Council of San Fernando Valley

Dated: Dec. 3, 2019   *Don Warren* (signature)
Don Warren
Counsel for Fair Housing Council of San Fernando Valley

IT IS SO ORDERED THIS \_\_\_\_\_ DAY OF DECEMBER 2019. The clerk is directed to enter this Judgment.

_____
United States District Court