PAMELA L. JOHNSTON, CA Bar No. 132558
   pjohnston@foley.com
DANIEL R. STURM, CA Bar No. 314689
   dsturm@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant CRA/LA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation, and CRA/LA, a Designated Local Authority, a public entity,<br><br>    Defendants. | Case No. 2:11-cv-00974-PSG-JC<br><br>**SATISFACTION OF CRA/LA'S CONSENT JUDGMENT WITH RELMAN COLFAX PLLC**<br><br>Honorable Philip Gutierrez |

On _____, 2019, the Court entered a Consent Judgment regarding the attorney's fees and costs incurred by the law firm of Relman, Dane & Colfax PLLC for its representation of Relator the Fair Housing Council of San Fernando Valley ("FHC") against CRA/LA, a Designated Local Authority, in the above-entitled action. Relman, Dane & Colfax PLLC (the "Relman Firm") acknowledges that CRA/LA, by virtue of settlement payments, has fully paid the Consent Judgment re the Relman Firm and the related costs and interest in full, and CRA/LA has fully and completely satisfied the Consent Judgment regarding the Relman Firm.

As a result, the Relman Firm and FHC, as the former client of the Relman Firm, hereby releases and discharges the Consent Judgment re the Relman Firm and authorizes the Clerk to enter and record this Satisfaction of Judgment in Full on the docket in the above captioned action regarding the Consent Judgment re the Relman Firm.

*[Signature: Sharon Kinlaw]*
_____
Fair Housing Council of San Fernando Valley
Sharon Kinlaw
Authorized Representative of Fair Housing Council of San Fernando Valley

*[Signature: Michael Allen]*
_____
Relman, Dane & Colfax PLLC
Michael Allen
Partner
Authorized Representative of Relman, Dane & Colfax PLLC

On _____, 2019, the Court entered a Consent Judgment regarding the attorney's fees and costs incurred by the law firm of Relman, Dane & Colfax PLLC for its representation of Relator the Fair Housing Council of San Fernando Valley ("FHC") against CRA/LA, a Designated Local Authority, in the above-entitled action.  Relman, Dane & Colfax PLLC (the "Relman Firm") acknowledges that CRA/LA, by virtue of settlement payments, has fully paid the Consent Judgment re the Relman Firm and the related costs and interest in full, and CRA/LA has fully and completely satisfied the Consent Judgment regarding the Relman Firm.

As a result, the Relman Firm and FHC, as the former client of the Relman Firm, hereby releases and discharges the Consent Judgment re the Relman Firm and authorizes the Clerk to enter and record this Satisfaction of Judgment in Full on the docket in the above captioned action regarding the Consent Judgment re the Relman Firm.

_____
Fair Housing Council of San Fernando Valley
Sharon Kinlaw
Authorized Representative of Fair Housing Council of San Fernando Valley

*Michael Allen*
_____
Relman, Dane & Colfax PLLC
Michael Allen
Partner
Authorized Representative of Relman, Dane & Colfax PLLC