BRYAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOSEPH T. MCNALLY
First Assistant United States Attorney
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
JACK D. ROSS, AUSA
Deputy Chief, Civil Fraud Section
KAREN PAIK, AUSA (SBN 288851)
LISA A. PALOMBO, AUSA (SBN 169119)
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-4042; Fax: (213) 894-7819
    Email: Lisa.Palombo@usdoj.gov
JAMIE ANN YAVELBERG
SARA MCLEAN
WILLIAM C. EDGAR
JENNIFER CHORPENING
DANIEL W. KASTNER
WESLEY J. HEATH
United States Department of Justice
    175 N Street NE, Room 9.113
    Washington, DC 20002
    Tel: (202) 451-7303; Fax: (202) 307-3852
    Email: Daniel.W.Kastner@usdoj.gov
Attorneys for Plaintiff United States of America

**DENIED**
**BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal corporation, and CRA/LA, a Designated Local Authority, a public entity,<br><br>    Defendants. | No. CV-11-00974 PSG (JCx)<br><br>[PROPOSED] ORDER TO EXTEND CASE MANAGEMENT SCHEDULE<br><br>[FILED HEREWITH: (1) JOINT STIPULATION TO EXTEND CASE MANAGEMENT SCHEDULE; (2) DECLARATION OF LISA A. PALOMBO; (3) DECLARATION OF CRAIG JENNINGS LAVOIE]<br><br>Hon. Philip S. Gutierrez<br>Courtroom 6A |

The Court has received and considered the Joint Stipulation to Extend Case Management Schedule and the declarations submitted in support thereof.

Pursuant to the stipulation, IT IS ORDERED that the following dates are hereby set:

| | |
|---|---|
| Discovery Cut-Off | Friday, April 19, 2024 |
| Last Day to File Motions | Friday, August 9, 2024 |
| Opposition Briefs Due | Friday, September 6, 2024 |
| Reply Briefs Due | Friday, September 27, 2024 |
| Motion Hearing Date (1:30 pm.) | Friday, October 11, 2024 |
| Opening Expert Witness Disclosures | Friday, May 3, 2024 |
| Rebuttal Expert Witness Disclosures | Friday, June 14, 2024 |
| Expert Discovery Cut-Off | Friday, July 12, 2024 |
| L.R. 16-15.2 Last Possible Date to Complete ADR | Friday, September 10, 2024 |
| Final Pretrial Conference (1:30 p.m.) | Friday, October 25, 2024 |
| Trial (9 a.m.) | Thursday, November 14, 2024 |
| Estimated Length | 20 days |

**IT IS SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT

Dated: 09-13-23

_____
UNITED STATES DISTRICT JUDGE