HYDEE FELDSTEIN SOTO
City Attorney
DENISE C. MILLS (State Bar No. 191992)
Chief Deputy City Attorney
KATHLEEN A. KENEALY (State Bar No. 212289)
Chief Assistant City Attorney
MICHAEL J. BOSTROM (State Bar No. 211778)
Senior Assistant City Attorney
michael.bostrom@lacity.org
Office of Los Angeles City Attorney
201 N. Figueroa Street, 13th Floor
Los Angeles, California 90012-2623
Telephone: (213) 978-1867

DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
CRAIG JENNINGS LAVOIE (State Bar No. 293079)
craig.lavoie@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

Attorneys for Defendant
CITY OF LOS ANGELES

*Additional Counsel on Next Page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation, and CRA/LA, a Designated Local Authority, a public entity,<br><br>Defendant. | No. CV-11-00974 PSG (JCx)<br><br>**[PROPOSED PER L.R. 56-1] JUDGMENT**<br><br>*Filed Concurrently with: Notice of Motion and Motion; Statement of Undisputed Facts; Declaration of Daniel B. Levin; Declaration of Tricia Keane*<br><br>Hon. Philip S. Gutierrez<br>Date: April 19, 2024<br>Time: 1:30 p.m.<br>Location: Courtroom 6A |

[PROPOSED] JUDGMENT

*Additional Counsel*

BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

CORY M. BATZA (State Bar No. 318612)
cory.batza@mto.com
JAMES R. SALZMANN (State Bar No. 324527)
james.salzmann@mto.com
JAMES P. BIBLARZ (State Bar No. 341874)
jimmy.biblarz@mto.com
SIDNEY M. MOSKOWITZ (State Bar No. 349400)
sidney.moskowitz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

Attorneys for Defendant
CITY OF LOS ANGELES

**[PROPOSED PER L.R. 56-1] JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

Having considered Defendant City of Los Angeles' Motion for Summary Judgment (the "Motion"), the United States' opposition thereto, the parties' arguments and evidence in support of their respective positions, and good cause appearing therefor, the Court concludes that the United States has failed to make showings sufficient to establish the existence of materiality, scienter, or damages, which are essential elements of its claims and on which it bears the burden of proof. *See Cleveland v. Policy Mgmt. Sys. Corp.*, 526 U.S. 795, 805–06 (1999). Accordingly, the Court **GRANTS** the Motion and enters judgment as follows:

1. The Court enters judgment in favor of the City of Los Angeles as to each cause of action;

2. The complaint in this action is dismissed with prejudice; and

3. This document shall constitute a judgment (and separate document constituting said judgment) for purposes of Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED**.

DATED:

                                                          Hon. Philip S. Gutierrez
                                                          United States District Judge