| | |
|---|---|
| 1 | HYDEE FELDSTEIN SOTO |
|   | City Attorney |
| 2 | DENISE C. MILLS (State Bar No. 191992) |
|   | Chief Deputy City Attorney |
| 3 | KATHLEEN A. KENEALY (State Bar No. 212289) |
|   | Chief Assistant City Attorney |
| 4 | MICHAEL J. BOSTROM (State Bar No. 211778) |
|   | Senior Assistant City Attorney |
| 5 | michael.bostrom@lacity.org |
|   | Office of Los Angeles City Attorney |
| 6 | 201 N. Figueroa Street, 13th Floor |
|   | Los Angeles, California 90012-2623 |
| 7 | Telephone: (213) 978-1867 |
| 8 | DANIEL B. LEVIN (State Bar No. 226044) |
|   | daniel.levin@mto.com |
| 9 | HAILYN J. CHEN (State Bar No. 237436) |
|   | hailyn.chen@mto.com |
| 10 | CRAIG JENNINGS LAVOIE (State Bar No. 293079) |
|   | craig.lavoie@mto.com |
| 11 | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue, 50th Floor |
| 12 | Los Angeles, California 90071-3426 |
|   | Telephone: (213) 683-9100 |
| 13 | |
| 14 | Attorneys for Defendant |
|   | CITY OF LOS ANGELES |
| 15 | *Additional Counsel on Next Page* |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MEI LING and FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation, and CRA/LA, a Designated Local Authority, a public entity,<br><br>Defendant. | No. CV-11-00974 PSG (JCx)<br><br>**DECLARATION OF DANIEL B. LEVIN IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES' MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed Concurrently with: Notice of Motion and Motion; Statement of Undisputed Facts; Declaration of Tricia Keane; [Proposed] Judgment*<br><br>Hon. Philip S. Gutierrez<br>Date: April 19, 2024<br>Time: 1:30 p.m.<br>Location: Courtroom 6A<br><br>Trial date: August 22. 2024 |

LEVIN DECL. ISO CITY'S MOTION FOR SUMMARY JUDGMENT

*Additional Counsel*

BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

CORY M. BATZA (State Bar No. 318612)
cory.batza@mto.com
JAMES R. SALZMANN (State Bar No. 324527)
james.salzmann@mto.com
JAMES P. BIBLARZ (State Bar No. 341874)
jimmy.biblarz@mto.com
SIDNEY M. MOSKOWITZ (State Bar No. 349400)
sidney.moskowitz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

Attorneys for Defendant
CITY OF LOS ANGELES

# DECLARATION

I, Daniel B. Levin, declare as follows:

1. I am an attorney admitted to practice law in the State of California and this Court, a partner of the law firm of Munger, Tolles & Olson LLP, and counsel of record for Defendant the City of Los Angeles (the "City") in this action. I make this declaration in support of the City's Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration except where stated upon information and belief and, if called as a witness, could and would testify competently to these facts under oath.

## CONFERENCE OF COUNSEL

2. At my direction, my colleagues at Munger, Tolles & Olson LLP, Craig J. Lavoie, James R. Salzmann, and Cory M. Batza, who are also counsel of record for the City in this action, met and conferred with counsel for Plaintiff the United States of America (the "Government") on February 21, 2024. I understand that during the meet and confer, Mr. Salzmann and Ms. Batza stated the grounds on which the City planned to move for summary judgment, and the Government's counsel indicated that they would not consent to judgment on those grounds.

## PLEADINGS

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the First Amended Complaint filed in this matter.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the United States' Supplemental Disclosures in this matter, dated November 3, 2023.

## ATTORNEY CORRESPONDENCE

5. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence between the Government's counsel and the City's counsel, dated between February 9, 2024 and February 21, 2024.

**DISCOVERY RESPONSES**

6. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt from the Plaintiff United States' Responses to Defendant City of Los Angeles' Requests for Admissions (Set One).

7. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt from the Plaintiff United States' Responses to Defendant City of Los Angeles' Requests for Admission (Set Two).

8. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from the Plaintiff United States' Responses to Defendant City of Los Angeles' Requests for Admissions (Set Three).

9. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from the Plaintiff United States' Responses to Defendant City of Los Angeles' Interrogatories (Set Three).

10. Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt from the Plaintiff United States' Responses to Defendant City of Los Angeles' Interrogatories (Set Four).

**GOVERNMENT-PRODUCED DOCUMENTS**

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00023610.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00106232.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00229493.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00275873.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00357425.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00398961.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00399845.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by the Government in this action bearing Bates WR3675485_000000004.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a document marked as Exhibit 18 at the Deposition of Sara Pratt taken January 14, 2022 and authenticated by the deponent (see Exhibit 40 to this declaration at 93:14–18).

20. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00174166 and marked as Exhibit 22 at the Deposition of Sara Pratt taken January 14, 2022.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00213533 and marked as Exhibit 29 at the Deposition of Lynn Grosso taken October 12, 2023.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00234136 and marked as Exhibit 34 at the Deposition of Lynn Grosso taken October 12, 2023.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00214764 and marked as Exhibit 42 at the Deposition of Lynn Grosso taken October 12, 2023.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00230342 and marked as Exhibit 43 at the Deposition of Lynn Grosso taken October 12, 2023.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00241212 and marked as Exhibit 62 at the Deposition of Manuel Bernal taken October 25, 2023.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00255572 and marked as Exhibit 78 at the Deposition of Stan Gimont taken October 30, 2023.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00213266 and marked as Exhibit 79 at the Deposition of Stan Gimont taken October 30, 2023.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00259515_0001 and marked as Exhibit 84 at the Deposition of Stan Gimont taken October 30, 2023.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00321118.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00268648 and marked as Exhibit 283 and the Deposition of William Vasquez taken November 11, 2023.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced by the Government in this action bearing Bates USAO_00182368 and marked as Exhibit 589 at the Deposition of Jane Wilson taken December 12, 2023.

**DEPOSITION TESTIMONY**

32. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the deposition of Ann Bauman, taken November 15, 2023 in this action.

33. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the deposition of Luci Ann Blackburn, taken December 12, 2023 in this action.

34. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the deposition of Yolanda Brown, taken December 12, 2023 in this action.

LEVIN DECL. ISO CITY'S MOTION FOR SUMMARY JUDGMENT

35. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the deposition of Rushmore Cervantes, taken November 16, 2023 in this action.

36. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the deposition of Joel Foreman, taken December 12, 2023 in this action.

37. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the deposition of Stan Gimont, taken October 30, 2023 in this action.

38. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the deposition of Lynn Grosso, taken October 12, 2023 in this action.

39. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from the deposition of Lynn Grosso, taken December 12, 2023 in this action.

40. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from the deposition of Peter Huber, taken January 18, 2024 in this action.

41. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts from the deposition of Patricia Keane, taken December 14, 2023 in this matter.

42. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the deposition of Sara Pratt, taken January 14, 2022 in this matter.

43. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts from the deposition of Sara Pratt, taken November 3, 2023 in this matter.

44. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts from the deposition of Virginia Sardone, taken November 17, 2023 in this matter.

45. Attached hereto as **Exhibit 43** is a true and correct copy of excerpts from the deposition of Virginia Sardone, taken December 12, 2023 in this matter.

46. Attached hereto as **Exhibit 44** is a true and correct copy of excerpts from the deposition of Joseph Slaughter, taken January 19, 2024 in this matter.

47. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from the deposition of William Vasquez, taken November 14, 2023 in this matter.

48. Attached hereto as **Exhibit 46** is a true and correct copy of excerpts from the deposition of Jane Wilson, taken January 17, 2024 in this matter.

49. Attached hereto as **Exhibit 47** is a true and correct copy of excerpts from the deposition of Jane Wilson, taken December 12, 2023 in this matter.

I declare under penalty of perjury under the law of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed on March 1, 2024 in Los Angeles, California.

                */s/ Daniel B. Levin*
                DANIEL B. LEVIN