BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOSEPH T. MCNALLY
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
KAREN PAIK, AUSA (SBN 288851)
PAUL B. LA SCALA, AUSA (SBN 186939)
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-2467; Fax: (213) 894-0142
    Email: Paul.LaScala@usdoj.gov
JAMIE ANN YAVELBERG
SARA MCLEAN
WILLIAM C. EDGAR
JENNIFER CHORPENING
DANIEL W. KASTNER
WESLEY J. HEATH
United States Department of Justice
    175 N Street NE, Room 9.135
    Washington, DC 20002
    Tel: (202) 353-7950; Fax: (202) 307-3852
    Email: William.Edgar@usdoj.gov

*Attorneys for Plaintiff United States of America*

DONALD R. WARREN (CA 138933)
PHILLIP E. BENSON (CA 97420)
Warren - Benson Law Group
    7825 Fay Ave., Ste. 200
    La Jolla, CA 92037
    Tel: 858-454-2877; Fax: 858-454-5878
    donwarren@warrenbensonlaw.com
    philbenson@warrenbensonlaw.com
DAVID O. IYALOMHE, ESQ.
David Iyalomhe & Associates
ODION L. OKOJIE, ESQ.
Law Offices Of Odion L. Okojie
    880 West First Street Suite 313
    Los Angeles, CA 90012
    Tel: 213-626-4100: Fax: 213-626-6900
    Email: david@doialaw.com
    Email: okojielaw@aol.com

*Attorneys for Qui Tam Plaintiff Fair Housing Council of San Fernando Valley*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel.*
MEI LING and FAIR HOUSING
COUNCIL OF SAN FERNANDO
VALLEY,
      Plaintiffs,
      v.
CITY OF LOS ANGELES, a municipal
corporation, and CRA/LA, a Designated
Local Authority, a public entity,
      Defendants.

No. CV-11-00974 PSG (JCx)

[PROPOSED] ORDER CONFIRMING SETTLEMENT

Pursuant to 31 U.S.C. § 3730(c)(2)(B), having considered all of the submissions and argument of the parties, being fully advised, and determining good cause having been shown, it is this _____ day of _____, 2024, **HEREBY ORDERED THAT:**

1. Relator Mei Ling's objections to the settlement entered into by plaintiff United States of America, relator the Fair Housing Council of San Fernando Valley, and defendant the City of Los Angeles (the "City Settlement") are rejected and **DENIED**; and

2. The Court **APPROVES** the City Settlement as fair, adequate and reasonable under all the circumstances.

_____
The Honorable Philip S. Gutierrez
United States District Court Judge