UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00974 PSG (JCx) | Date | October 3, 2024 |
|---|---|---|---|
| Title | United States *et al.* v. City of Los Angeles *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Kevin Reddick | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):    Order Re: Government's Joint Motion to Dismiss [508]**

On September 27, 2024, the Government filed a joint motion to dismiss ("Motion") with FHC and the City under Federal Rule of Civil Procedure ("Rule") 41(a)(2). See generally Dkt. # 507. On October 3, 2024, the Court sua sponte dismissed all claims against Defendant City of Los Angeles for the conduct set forth in the First Amended complaint in intervention. See generally Dkt. # 508. Accordingly, the Motion is now moot.